# Exhibit C: Michael Davis Velasco LinkedIn



Join now    Sign in

### Michael Davis Velasco

Chief People, Inclusion & Diversity Officer at Expedia Group

Expedia Group

Brooklyn, New York, United States

1K followers · 500+ connections

 See your mutual connections

**Join to view profile**

## About

As Expedia Group's Chief People, Inclusion and Diversity Officer, it is my responsibility to ensure every employee feels empowered, valued and supported in the workplace which helps us deliver the best experiences for our travelers and partners.

Previously I served as legal counsel for Telemundo Communications, NBC Universal and Tribune Media where I gained valuable

linkedin.com — Private

 Join now   Sign in

Previously I served as legal counsel for Telemundo Communications, NBC Universal and Tribune Media where I gained valuable experience in labor relations; human resources; and diversity, equity, and inclusion. My career and outlook have been influenced heavily by my bi-cultural identity, lived experiences in and outside of the U.S. and responsibility for matters in LATAM, EMEA, APAC and NORAM. At Expedia Group I am fortunate to be able to blend my background and experiences and work with over 15,000 Expedians around the world to create a more inclusive, equitable and engaging workplace, while also making a difference in our industry and communities.

At Expedia Group, we believe travel is a force for good and are committed to making it more enjoyable, equitable and accessible to all. We are also focused on doing our part to make travel more sustainable. We are excited for the road ahead and look forward to the

