

# Exhibit H: Allison Allen LinkedIn

## Allison Allen

People & Culture Executive | Organizational Change Leader | Integrated Talent Strategist & Program Designer | Inclusion & Equity Champion | Executive Coach | Board Member

United States

5K followers · 500+ connections

See your mutual connections

**Join to view profile**

 Expedia Group

## About

Passionate about connecting people and teams to business strategy so they can act, do, and grow. Regardless to role, feel ultimately responsible for organizational culture – values, ethics, mission and how it creates a diverse and inclusive working environment in which people can thrive. Because of leadership capabilities and a "People at the Center" mentality, excel at overseeing multiple areas (e.g., people team, internal communications, education, information resources and technology).

## Experience



**Senior Vice President, Global Talent Acquisition**
Expedia Group
Feb 2023 – Present · 7 months

**Vice President, Global Talent Acquisition**
Twitter, Inc.
Jan 2022 – Jan 2023 · 1 year 1 month

Highlights
o Re-organized a de-centralized Talent Acquisition function into a business aligned centralized global team within 3 months of starting
o Strengthened talent acquisition internal / external sourcing and selection practices
o Bolstered Twitter's Customers (Sales) and Experience (Technology) global expansion efforts to increase mDAUs and revenue
o Aligned with Staff (or c-Suite) on business priorities, demands and operational shifts
o Built SWAT teams chartered with responding to business demands during times of unexpected change

Show less ∧