# Exhibit L: LinkedIn Referrals



New message

To: Trey McRae

**JUL 1**

 **Trey McRae** · 2:49 pm

Hey Mike, I hope you're well man! I saw this posting and wanted to get it your way. I think you'd kill it in this position and it's in Austin.

Check out this job at Expedia Group: https://www.linkedin.com/jobs/view/3650302136



**Senior Director, Global Head of Talent Sourcing**

Job by Expedia Group
Seattle, Washington, United States (Hybrid)

View job

Let me know how I can help. Happy to be a reference or something if needed.

 **Michael Kascs...** (He/Him) · 2:58 pm

Thanks... between us,

↓ Latest message

 Write a message...

9:20 

← **Teresa Hadly**  ⋯  📹

**Teresa Hadly** (She/Her) · 1:47 pm

I am loving my team and my role here. I am really happy. Maybe the endorphins from exercise make everyone so happy and fun to work with :)

— JUN 29 —

**Teresa Hadly** (She/Her) · 10:30 am

Hi there-

I think you are still looking. This would be great for you:

https://www.linkedin.com/jobs/view/3650302136

I know Rathi the CTO if you want me to put in a word?

Teresa

 **Senior Director, Global Head of Talent Sourcing**
Job by Expedia Group
Seattle, Washington, United States (Hybrid)

↓ Latest message

📎  Write a message…  🎙