# Exhibit M: Gates Messages

**Amanda Gates**

> So humbling.

*Fri, Jun 30 at 5:06 PM*

> Hey there! So wanted to give you a heads up- a Sourcer from Expedia reached out to me (didn't say what for) and I had a call with her today and she was pitching the sourcing lead role

> Ok, thank you for the heads up. I assume it was Lisa.

> It's really strange they are continuing to source for that job, but who knows what the hell is going on anymore.

> No not Lisa

> It was a Sourcer nothing concrete, but that was the role



**Amanda Gates**

> It was a Sourcer nothing concrete, but that was the role

>> Blows my mind they would verbally offer me the role but now all this. Makes our industry look so bad.

>> Once this is all finalized (one way or another) i can't wait to get to the bottom of all this.

> Totally agree

> For all I know I could've been some sourcers passive pipeline building for female talent 😂

> but wanted to let you know nonetheless



9:32

**Amanda Gates**

**Amanda Gates:** Totally agree

**Amanda Gates:** For all I know I could've been some sourcers passive pipeline building for female talent 😂

**Amanda Gates:** but wanted to let you know nonetheless

**Me:** I really appreciate it. All is good, it's exhausting thinking about all the moving parts here. I really wish there was more out there so I can go focus on finding something else better, but we all know there isn't much. :-)

Fri, Jun 30 at 9:40 PM

**Amanda Gates:** 💯 agree

Mon, Jul 31 at 11:59 AM