# Exhibit O: Stencil Texts

**Kristin (expedia)**

> you think Nyc traffic won't be an issue for that departure time that works fine as well. I also trust your judgement so feel free to book whatever you think is best. I tend to not like to rush to the airport and also want to bake in time if any of my meetings run later. I really appreciate it.

Thank you so much! Unfortunately this was our only American Airlines direct flight option, so we will get this confirmed for you.

Regarding your car service back to the airport, we have instructions for the town car to pick you up no later than 2:45 pm, which should get you to the airport with around 1.75-2 hours before your flight departure. I will continue to monitor traffic trends from here and will make any necessary adjustments to your schedule.

I'll get this sent over to our travel team for confirmation and will share your final travel and meeting itinerary later today!

We are looking forward to your trip!

> Perfect. Thank you so much. I know it's not easy putting all this together. I really appreciate it.

It is my pleasure. We are looking forward to it!

*Thu, Aug 10 at 3:58 PM*

Hi Michael- Your travel and meeting itineraries have been confirmed and sent over to you via email and calendar invite. Please reach out if you need anything at all ahead of your trip on Monday.

Wishing you a wonderful time in Costa Rica! Looking forward to connecting with you next week.

> Thank you so much.

*Wed, Aug 16 at 1:04 PM*

Hi Michael - I hope your day is going well! I am so sorry, but Michael Davis Velasco has encountered an emergency outside the office today and has asked to get your meeting rescheduled. Lisa is out of the office, but will be in touch with you next week. We apologize for the inconvenience and look forward to connecting with you soon!

> I'm sorry to hear that. No apologies necessary. I'll wait to hear back on the reschedule. Thank you.

*Delivered*

Thank you so much for your understanding. Please reach out if you need anything.