# Exhibit P: Interview Notes

## Notes for One of the Introductory Phone Calls w/ Christensen, Early April 2023



# Notes for Interview w/ Allison Allen, April 25, 2023



## Notes for Phone Call w/ Christensen Immediately After May 3/4 Interviews



# Notes for Interview w/ James Hawkes, May 3/4, 2023



# Notes for Interview w/ Tina Ahn, May 3/4, 2023



**Notes for Christensen Phone Call Giving Verbal Offer, May 22, 2023**

