DocuSign Envelope ID: 30C6F9D6-DFEA-439C-91E2-C686684C0EED

# Texas Workforce Commission
A Member of Texas Workforce Solutions

Bryan Daniel, Chairman
Commissioner Representing the Public

Aaron Demerson
Commissioner Representing Employers

Alberto Treviño, III
Commissioner Representing Labor

Edward Serna
Executive Director

Fri Oct 06 00:00:00 EDT 2023

Michael T. Kascsak
c/o Alexander J Liebmann
LIEBMANN & LIEBMANN, P.A.
714 North Spring Street
Pensacola, FL 32501

RE:  **LETTER OF EXPEDITED NOTICE OF RIGHT TO FILE CIVIL ACTION**

TWCCRD: 1B23490  EEOC: 31C-2023-01320
RE: Michael T. Kascsak v Expedia Group, Inc

Dear Michael T. Kascsak:

Charging Party alleges that they have been subjected to failure to hire based on their Color, National Origin, Race and Sex. This letter certifies you have submitted a request for a Notice of Right to File Civil Action to the Texas Workforce Commission Civil Rights Division.

As stated in Texas Labor Code Chapter 21 Sec. 21.253, our agency may issue a notice to file civil action in the event that the Executive Director certifies that administrative processing of the complaint cannot be completed before the 181st day after the date the complaint was filed.

This is to certify that our office will be unable to complete an investigation before the 181st day and thus may issue a Notice of Right to File Civil Action.

The Notice of Right to File Civil Action is on page 2 of this letter and will be sent to the parties electronically at the addresses on file.

## NOTICE OF RIGHT TO FILE CIVIL ACTION

Pursuant to Sections 21.208, 21.253 and 21.254 of the Texas Labor Code, as amended, this notice is to advise you of your right to bring a private civil action in state court in the above referenced case. **PLEASE BE ADVISED THAT YOU HAVE SIXTY (60) DAYS FROM THE RECEIPT OF THIS NOTICE TO FILE THIS CIVIL ACTION.** The time limit for filing suit based on a federal claim may be different.

## EEOC REVIEW NOTICE

As your charge was dual filed under Title VII of the Civil Rights Act/Age Discrimination in Employment Act/Americans with Disabilities Act, which are enforced by the U.S. Equal Employment Opportunity Commission (EEOC), you have the right to request an EEOC review of this final decision on your case. **To secure a review, you must request it in writing within fifteen (15) days from the date of the notice.** Send your request to: San Antonio EEOC, 5410 Fredericksburg Road, Suite 200, San Antonio, TX 78229.

On behalf of the Division,

*Venessa Hernandez for Bryan Snoddy*            10/25/2023

Bryan Snoddy                                                 Date
Division Director

cc:
Expedia Group, Inc
11920 Alterra Parkway
Austin, TX 78758

101 E. 15th Street, Room 154 • Austin, Texas 78778-0001 • (512) 463-2642 (T) • (512) 463-2643 (F) • Relay Texas: 800-735-2989 (TDD) 800-735-2988 (Voice) • www.twc.texas.gov

Equal Opportunity Employer / Program

Auxiliary aids and services are available upon request to individuals with disabilities

TEXAS WORKFORCE SOLUTIONS

| EEOC Form 161-B (01/2022) | **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** |
|---|---|

## NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| To: | **Michael T. Kascsak**<br>**1512 El Cielo**<br>**Leander, TX 78641** | From: | **Dallas District Office**<br>**207 S. Houston Street, 3rd Floor**<br>**Dallas, TX 75202** |
|---|---|---|---|

| EEOC Charge No.<br>**31C-2023-01320** | EEOC Representative<br>**ELISE GALICIA,**<br>**Administrative Assistant** | Telephone No.<br>**210-640-7567** |
|---|---|---|

*(See also the additional information enclosed with this form.)*

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

    Less than 180 days have elapsed since the filing date. I certify that the Commission s processing of this charge will not be completed within 180 days from the filing date.

    The EEOC is terminating its processing of this charge.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

For                            30 October 2023

Enclosures(s)

**Norma J. Guzman**
**Field Director**

cc:   **Expedia Group, Inc**
      11920 Alterra Parkway
      Austin, TX 78758

      **Alexander J Liebmann**
      **Liebmann & Liebmann, P.A.**
      **714 North Spring Street**
      **Pensacola, FL 32501**