# Exhibit R — Dillard Website







Her Story

Bernita Dillard, MBA is a Diversity, Equity, and Inclusion leader and change agent with 10+ years of experience in revolutionizing hiring and talent management programs to attract and retain top diverse talent. She has dedicated her career to creating inclusive work environments to ensure underrepresented minorities have equal access to career opportunities.




data-driven local talent acquisition program at Facebook

expansion

attendees



Her education

Bernita holds a Bachelor's degree in Communication Studies from San Jose University and an MBA from the Lorry I. Lokey Graduate School of Business at Mills College.

Her Speaking Topics

Her Podcast

Her Key Achievements



Increased hiring of underrepresented talent by 700% through the launch of data-driven local talent acquisition program at Facebook



Delivered 26% increase in diverse talent hiring through community job fair expansion



Introduced global Diversity Talent Acquisition Summit at Facebook, attracting 1200 attendees





She has successfully created strategic partnerships between corporations, government agencies, and community organizations to expand talent pipelines and develop support frameworks to improve retention rates.

Bernita has been able to deliver industry-leading results for the world's largest tech firms, such as Facebook and Google, through the development of comprehensive DEI strategies. By designing inclusive frameworks beyond talent acquisition to incorporate learning and professional development, employee resource groups, and compensation and advancement, she has successfully driven increases in diverse representation in talent pools and reversed attrition patterns.

