

Exhibit F: 2022 Diversity Report

INCLUSION & DIVERSITY REPORT

2022

## CONTENTS

2    A Word From Our Leaders
4    Expedia Group's Inclusion and Diversity (I&D) Mission

**5    Building a Company That Reflects Our Travelers**
6    Winning With Data

**10    I&D at the Center of the Employee Lifecycle**
11    Inclusive Hiring Training
14    Building a Culture of Inclusion
15    Understanding Our Workforce

**17    Investing in Our Communities**
18    Building Community With Inclusion Business Groups (IBGs)
21    Communities of Support

**23    Leading With I&D Across the Business**
24    Partnering Across Our Value Chain

**26    I&D Awards and Benchmarking**
27    External Recognition
28    External Commitments & Partnerships

**29    Looking Forward**

**31    Appendix**
32    Glossary of Terms
32    Methodology
33    Five-Year Look-Backs

# A Word From Our Leaders

Friends,

At Expedia Group, we are guided by a traveler-centric mindset to help bridge divides and strengthen connections. Our success depends on Expedians across the globe and their ability to meet our travelers' diverse range of needs and make travel more accessible. As such, we are fearless in our pursuit to create a workplace where everyone feels seen, heard and valued — with inclusion at the center of all that we do. This starts with an investment in our employees and their experiences.

In 2022, we took a deliberate approach to design with inclusion, from our products and platforms, to revamping our policies and processes. We were even more focused on impact and integration across our business to push our progress forward and support the needs of our travelers.



On this path, we increased our focus on disability inclusion — from hiring a Vice President of Disability Inclusion and building our team, to doubling the disability attributes available on our platform and sharing our lodging accessibility guide with partners, all to provide better quality information to travelers.

As part of our efforts, we also launched the first Open World™ Accelerator initiative designed to advance innovation in the travel industry by supporting startups and small- and medium-sized businesses (SMBs) to fast-track their growth and innovate on Expedia Group's purpose-built technology platform. The first program focuses on empowering companies that are working to increase access for underserved travelers.

We have taken steps to connect our Inclusion & Diversity and People teams to help us in reaching our ambitious goals to ensure our workforce reflects the diversity of our travelers. Expedia Group's success hinges on our ability to attract, retain, grow and develop a diverse workforce of employees who share our belief that travel is a force for good. Internally, we focused our talent process and employee experience around increasing access and further diversifying our talent pipelines.

This included establishing new development programs for employees focused on removing barriers and mitigating biases that often prevent talented individuals from advancing. And we've taken an innovative approach to reaching new candidates from a diversity of backgrounds.

This report showcases how Expedia Group is making this happen as a business. We're making great progress, yet also recognize there is more work to be done. How we show up for each other, every day, will make all the difference.

Our mission to power travel for everyone, everywhere is one that comes with a clear direction, and we are well on our path. We welcome you to join us on our journey.

**MICHAEL DAVIS VELASCO**

**CHIEF PEOPLE, INCLUSION & DIVERSITY OFFICER, EXPEDIA GROUP**

# A Word From Our Leaders



Expedia Group's mission is to power global travel for everyone, everywhere. Realizing this mission means going beyond just words. All employees play a role in fostering a diverse and inclusive workplace. Our travelers span the globe and have a broad range of needs. Ensuring our workforce represents the diversity of our travelers is not only good business, it is smart business. Although there is more work to do, I am pleased with our progress over the past year enabling more innovative thinking in all facets of our business, ensuring Expedia Group is a company for everyone, everywhere.

**PETER KERN, VICE CHAIRMAN & CEO, EXPEDIA GROUP**



Connection is at the core of Expedia Group's inclusion and diversity strategy, concentrating on its people and the experiences they create for travelers every day. The responsibility for greater representation throughout all levels of an organization starts at the top, creating opportunities for a variety of perspectives and lived experiences to be included when making decisions for an evolving workforce and marketplace. Continuing to build a culture of inclusion will be key to a stronger and more impactful Expedia Group.

**BEVERLY ANDERSON, BOARD OF DIRECTORS, EXPEDIA GROUP**

4    Inclusion & Diversity Report 2022

# EXPEDIA GROUP'S INCLUSION AND DIVERSITY (I&D) MISSION

At Expedia Group (NASDAQ: EXPE), our mission is to power global travel for everyone, everywhere. As an employer, a travel partner, and a member of the global community, this starts with creating a company that is for everyone, everywhere.

We are driven by a refusal to fear failure and a commitment to continually challenge ourselves — with bold goals and new ideas to ensure a more inclusive company and travel industry for all.

**Our Strategy for a More Inclusive Expedia Group**

I&D is everyone's responsibility. Led by a dedicated team and a clear strategy, we are embedding inclusion into everything we do. In 2022, for the first time, we brought I&D together with our People team to ensure diversity, equity, and inclusion are woven into, and truly at the center of, our talent processes. We also evolved our I&D strategy to focus on four key pillars.

**Building on a Strong Foundation**

We have made significant strides to enhance our culture of inclusion, leveraging learnings from 2022 to drive systemic change. As we move into 2023 and beyond, we will continue to build on this foundation, advancing our hiring, development, and retention efforts to create a stronger sense of belonging for everyone.

**Driving Accountability With Companywide Goals**

At Expedia Group, we have two companywide goals that we report on year over year. We also continuously measure our progress across other areas of diversity and inclusion. Here are our current goals:



## I&D STRATEGY PILLARS

In 2022, our I&D strategy focused on four key pillars:

- Build a Company That Reflects Our Travelers
- I&D at the Center of the Employee Lifecycle
- Investing in Our Communities
- Leading With I&D Across the Business

### GOALS

**50/50**
binary global gender balance both for leadership and overall by 2025

**25%**
representation of underrepresented identities (Black, Latinx, Indigenous, Multiracial) in U.S. hiring



BUILDING A COMPANY THAT
REFLECTS OUR TRAVELERS

Creating a more inclusive workplace and travel
ecosystem requires bold steps. It requires transformation
on a global scale. We're working continuously to develop
a more representative workforce via strategic priorities
to drive targeted progress.

**IN THIS SECTION**

6     A Look at Our Workforce

**Building a Company
That Reflects Our
Travelers**

## GLOBAL GENDER REPRESENTATION: THE PATH TO 50/50 BALANCE

Global representation is something we are continuously working to advance. As we work to develop a more diverse and representative workforce, we will hold ourselves accountable to reaching gender balance.

While in 2022 overall representation of women remained consistent with 2021, we did increase women in leadership and tech roles.

**YEAR-OVER-YEAR PROGRESS TOWARD GLOBAL GENDER REPRESENTATION BALANCE**



Goal
Binary gender goal to reach a 50/50 balance by the end of 2025 at all levels across Expedia Group



**2022**
**WOMEN ● │ MEN ●**
47.5% │ 52.5%
Binary gender representation stayed the same as 2021



**LEADERSHIP**                    ● WOMEN  ● MEN

**2022**
38.5%                                              61.5%

**2021**
37.6%                                              62.4%

+1% pt since 2021

**TECH**                                ● WOMEN  ● MEN

**2022**
33.8%                                              66.2%

**2021**
31.8%                                              68.2%

+2% pts since 2021

**NON-TECH**                        ● WOMEN  ● MEN

**2022**
60.6%                                              39.4%

**2021**
61.0%                                              39.0%

-0.4% pts since 2021

7    Inclusion & Diversity Report 2022

Building a Company
That Reflects Our
Travelers

## GLOBAL GENDER HIRING AND VOLUNTARY ATTRITION TRENDS

When we take a closer look at representation, we see clear trends. While we made significant progress in hiring — growing 3 percentage points year over year, and seeing our highest hiring to date at the leadership level — we also faced headwinds in attrition.

In the first half of the year we saw higher attrition rates for women, with an emphasis on the leadership level.

Later in the report, we share steps we are taking to improve gender equality through enhancements to our benefits, policies and programs.

**YEAR OVER YEAR GLOBAL HIRING RATES OF WOMEN**



45.4%    48.4%
2021     2022

**YEAR OVER YEAR GLOBAL VOLUNTARY ATTRITION RATES OF WOMEN**



2021     2022
16.9%    15.3%

### KEY HIRING METRICS

**39.8%**
of global leadership hires were women

**↑3%**
point increase in women hired in 2022 globally compared to 2021

**1.6x**
women were hired in 2022 globally compared to 2021

**43%**
of women interns globally from 2021 accepted offers and returned as full-time employees in 2022

### KEY VOLUNTARY ATTRITION METRICS

**15.3%**
voluntary attrition rate for women, globally, by year-end 2022

**1.7%**
point decrease in total voluntary attrition among women since 2021

Building a Company
That Reflects Our
Travelers

## U.S. RACE AND ETHNICITY REPRESENTATION

Our journey to ensuring our company reflects our travelers includes intentional focus on racial equity. Here is a snapshot of our progress on overall representation in the U.S. by race and ethnicity.

In the U.S., Underrepresented Identities (URI)* are racial and ethnic communities whose population in the workforce tends to be disproportionately lower than society and who have traditionally experienced systemic inequities. In 2022, our URI* representation is 16.9%, up 2.4% points year over year.

\* Underrepresented identities (URI) includes the following race/ethnicity categories: Black/African American, Hispanic/Latino, two or more races, American Indian/Alaska Native, Native Hawaiian/ Other Pacific Islander.

**REPRESENTATION IN THE U.S. BY RACE & ETHNICITY**    ● 2021 ● 2022



URI* representation

14.5% Representation of underrepresented identities in 2021

16.9% Representation of underrepresented identities in 2022

| Race/Ethnicity | 2021 | 2022 |
|---|---|---|
| American Indian/Alaska Native | 0.3% | 0.4% |
| Black/African American | 3.5% | 4.7% |
| Hispanic/Latino | 7.5% | 8.2% |
| Native Hawaiian/Other Pacific Islander | 0.4% | 0.3% |
| Two or More Races | 2.7% | 3.2% |
| Asian/Pacific Islander | 30.4% | 31.4% |
| White | 55.2% | 51.7% |



**KEY REPRESENTATION METRICS**

↑2.4% point increase in representation of under-represented identities in 2022

↑1.2% point increase in representation of Black employees in 2022

9    Inclusion & Diversity Report 2022

Building a Company
That Reflects Our
Travelers

## U.S. RACE AND ETHNICITY HIRING AND VOLUNTARY ATTRITION TRENDS: PATH TO OUR 25% URI HIRING GOAL

Recognizing systemic inequities that Underrepresented Identities (URI)* in the U.S. face, in 2020 Expedia Group set a companywide hiring goal. This was set forth to help increase representation and access — aiming for 25% of external U.S. hires to come from racially and ethnically Underrepresented Identities by the end of 2021.

By the end of 2022, we've increased our URI hiring by 3.4% points. This has largely been due to our focused efforts and innovations in the hiring process.

Change doesn't come overnight. While we didn't achieve our goal in the desired timeline, we continue to focus our efforts toward reaching this goal. To date, we've seen significant progress from our early careers to our leadership-level hiring.

**U.S. YEAR-OVER-YEAR REPRESENTATION OF HIRES**

● 2021  ● 2022

↑3.4%
point increase in URI external hires by the end of 2022

36%
of Early Careers hires were URI. Increase of 16% points Year over Year



# Goal

25% of our external U.S. hires would come from Underrepresented Identities*

**YEAR-OVER-YEAR URI TOTAL VOLUNTARY ATTRITION RATE**



↓4.1%
point decrease in year-over-year URI total voluntary attrition rate

**\* Underrepresented identities (URI) includes the following race/ethnicity categories: Black/African American, Hispanic/Latino, two or more races, American Indian/Alaska Native, Native Hawaiian/ Other Pacific Islander.**



10    Inclusion & Diversity Report 2022

Building a Company That Reflects Our Travelers    **I&D at the Center of the Employee Lifecycle**    Investing in Our Communities    Leading With I&D Across the Business    I&D Awards and Benchmarking    Looking Forward    Appendix

# I&D AT THE CENTER OF THE EMPLOYEE LIFECYCLE

We strive to design our talent processes, policies, and experience with diversity, equity, and inclusion at the center.

**IN THIS SECTION**

11    Inclusive Hiring Training
14    Building a Culture of Inclusion
15    Understanding Our Workforce

11    Inclusion & Diversity Report 2022

**Inclusive Hiring Training**

We are widening access to the most diverse pool of talent possible and are working to ensure our hiring process is fair, inclusive, and consistent for all our candidates. This year, after bringing our I&D and People teams together, we focused on reviewing our hiring process, tools, and technology with inclusion in mind. We then piloted our first-ever companywide hiring certificate program, which includes live training on inclusive hiring practices. In the training, we focus on the candidate experience, competency-based hiring, inclusive language, reducing bias, and giving feedback.

In 2023, we are launching the training to all interviewers and hiring managers — requiring completion in order to sit on an interview panel. We believe that everyone has a role in reaching and hiring top talent that truly reflects the world around us. Our goal is to empower our employees with the tools needed to do just that.



I&D at the Center of the Employee Lifecycle



**SPOTLIGHT**

# Black & Well-Traveled: AfroTech 2022

AfroTech is the largest multicultural tech event in the U.S., bringing together professionals from across the globe for thought leadership, networking, and community building. As a company that seeks to increase representation in Tech, we were delighted to sponsor AfroTech 2022 — an event that was attended by more than 20,000 people.

Throughout the five-day event, Expedia Group engaged with attendees on key topics, including how to increase inclusion in the travel industry, and what steps can be taken to ensure Black travelers feel seen and supported. During the event,

Expedia Group launched our Black and Well-Traveled community to connect Black travelers to one another, elevate their unique experiences, and gain perspective to build a more inclusive travel platform.

We hosted our first Black and Well-Traveled event in partnership with our Black Inclusion Business Group, BEAM (Black Expedia Allied Movement), featuring a Black travel influencer and Black executives across Expedia Group. They discussed travel safety, community, mentorship, navigating your career, and more.



**SPOTLIGHT**

## Advancing Latina Representation in Tech

In September 2022, Latinx at Expedia and Allies for Development (LEAD) Inclusion Business Group (IBG) and L500 co-hosted the Latina Leadership Summit, an event designed to inspire future leaders, build connections, and deliver lessons on career advancement. Latina business leaders, representing over 10 tech companies, shared their professional experiences during the summit.

Following the success of this inaugural summit, we are planning a similar event in 2023, creating more opportunities for Latina professionals to build meaningful tech careers.

**Building Connections With Underrepresented Talent**

To build a workforce that reflects our global communities, we must find ways to connect with talent wherever we operate. Candidate engagement activities are led by our global recruiting team — dedicated employees who connect with prospective candidates to share insights on what working for Expedia Group is like. The Global Talent Acquisition (GTA) team also engages leaders from our Inclusion Business Groups (IBGs) to act as cultural ambassadors for potential employees. We also leverage various professional events throughout the year as valuable touchpoints.



I&D at the Center of the Employee Lifecycle

# 48.4%
Women representation in global hiring

# 22.3%
URI representation in U.S. hiring

13      Inclusion & Diversity Report 2022

## Our Early Careers Approach

Expedia Group is invested in developing early-career talent. We do this through a data-driven strategy focused on intern and recent graduate recruitment. We collaborate with universities to engage students on campus, sponsor diverse student associations and host events on site. In-person activations are complemented with engaging social media content and ongoing relationship management to reach as many students and young professionals as possible.

We increased engagement with universities. This included expanding relationships with Historically Black Colleges and Universities (HBCUs) from one to five.

Several programs help us introduce more young talent to tech careers, including:

- **Career Discovery** — Career Discovery aims to build a more diverse intern pipeline. The one-week virtual program engages first-year university students from diverse backgrounds in interview preparation, skills development, and mentorship opportunities.
- **Summer Interns** — Our summer internship program prepares interns for the Expedia Group Graduate Program. The 10-week program is open to final-year university students and offers bootcamps, goal setting, learning sessions, and final project showcases.
- **Expedia Group Graduates** — This program is for recent university graduates and offers experience working in different areas of our business. It is open to both former interns as well as direct hires.
- **Apprenticeships** — We relaunched our global apprenticeship program in 2022. The program prioritizes upskilling workers, particularly in underrepresented communities.





I&D at the Center of the Employee Lifecycle

**EARLY CAREERS IN 2022**

**50%**
women interns and graduates

**36%**
new hires self-identify as being from a URI* background

**GRADUATES**

**51%**
Women (global)

**35%**
URI* representation in U.S.-based graduates

**INTERNS**

**56%**
Women (global)

**36%**
URI* representation in U.S.-based interns

* Underrepresented identities (URI) includes the following race/ethnicity categories: Black/African American, Hispanic/Latino, two or more races, American Indian/Alaska Native, Native Hawaiian/Other Pacific Islander.

I&D at the Center
of the Employee
Lifecycle

## BUILDING A CULTURE OF INCLUSION

Beyond our focus on innovating our hiring process, we are also committed to building a culture where everyone can grow and thrive. Inclusion is at the center of our retention efforts and how we design our process and policies. In 2022, our I&D and People teams came together, empowering integration across all of our talent practices.

### Fair and Equitable Pay

Pay parity is a key part of driving a fair and inclusive culture. This year, we launched our first all-company assessment and salary adjustment process for all genders globally and all races and ethnicities in the U.S.

**Our analysis found 1.9% of our global employees required adjustments. Of those, 0.90% were based on gender globally and 1.0% were based on race or ethnicity in the U.S. After making the related adjustments in salary, we now have women earning $1 for every $1 earned by men on a global basis for comparable jobs. Similarly in the U.S., URI employees earn $1 for every $1 earned by non-URI employees in comparable jobs.**

### Our Inclusive Benefits Offering

Alongside competitive and equitable pay, we strive to deliver a comprehensive and inclusive benefits package that meets employees' real-world needs, including:

- Healthcare insurance
- Retirement
- Competitive PTO
- Travel discounts
- Wellness & travel reimbursement
- Matching gifts
- Financial education
- Employee Assistance Program and other mental health support
- Family-building benefits
- New parent benefits
- Gender-affirming healthcare benefits

### Additional Benefits Added

Based on employee feedback and set to begin in 2023, we offer complimentary access to FertilityIQ, a fertility and family planning education website, for all employees. We also removed the one-year waiting period for accessing parental leave, meaning employees can use this benefit as soon as they join Expedia Group.

As of January 1, 2023, we offer up to $10,000 in financial support for employees outside the U.S. for fertility, family planning, and/or transgender medical services, helping more people access life-changing services.

### Progressing With CareerHub

We want to empower employees with the resources needed to achieve valuable career growth and progression. In 2022, we launched an internal CareerHub. Here, employees can discover new career paths and available Expedia Group positions, as well as search for gig roles, mentors, and relevant learning courses.

Through the hub, employees can also access guides on career development, completed career-enhancing activities and experiences, and connect with managers on setting personal goals. And, by creating a personalized CareerHub profile, employees can receive development recommendations uniquely tailored to them.

### Nurturing Talent Through Mentors

Every employee deserves equal access to the tools that help enable success. Research shows that mentorship plays an important role in helping employees navigate their careers, especially those from URI groups. In 2022, 780 mentors volunteered across Expedia Group, supporting 480 mentees.



### Mentorship Testimonies

"I had mentorship that I know has made me better. In a couple of cases, it was difficult to hear, but it was the right advice, and that Mentor helped me be successful in my path."
**ARIANE GORIN, PRESIDENT, BUSINESS SERVICES**

"Mentoring gave me the opportunity to learn from other Mentors, especially during Group-Mentoring sessions."
**VICK AMARTHALINGHAM, SENIOR MANAGER, EXPEDIA FOR BUSINESS**

"Our career is a unique trajectory that we don't have to travel alone. Mentors help us plan our path forward as we think through where we want to be."
**JAISON WILLIAMS, SENIOR VICE PRESIDENT, CAPABILITIES AND CULTURE**

15    Inclusion & Diversity Report 2022

I&D at the Center
of the Employee
Lifecycle



**I Am Expedia Group**

## Understanding our Workforce

SelfID+ is a voluntary employee survey that helps us collect information on the makeup of our global workforce. We utilize the feedback to explore the diversity of identities and experiences at Expedia Group, harnessing information to better understand the needs of our employees.

We issued our first SelfID+ survey in 2021, making it available to employees in 11 countries, which represented 75% of our global workforce. In 2022, we developed the SelfID+ 2.0 survey, which included improvements and employee feedback from the first survey.

## Better Experiences With SelfID+

Our Inclusion & Diversity and People teams analyzed the aggregate feedback of our 2021 survey to highlight opportunities to enhance company processes and policies. Based on the insights, actions were taken in the following areas:

· Disability inclusion
· Career development
· Transparency and psychological safety in escalation reporting
· Expansion of more inclusive benefits globally
· Caregiver support

## Driving Change Through Inclusion Learning

We work to empower our employees to lead with inclusion, creating opportunities for professional development and delivering learning programs that help employees evolve as champions of inclusion. In 2022, we launched several programs to support employees on this journey.

We partner with our Inclusion Business Groups (IBGs) to deliver learning experiences that help support their communities, such as Mental Illness & Neurodiversity (MIND) at Work. We also offer Ally Skills, which is integrated into our onboarding journey and provides functional I&D practices to all employees. In 2022, we introduced new inclusive trainings and talent processes such as hiring and talent reviews.

### Decoding Bias

In 2021, we launched the Decoding Bias podcast. Since then, we have continued creating content on how bias shows up in the workplace, and what we can do to mitigate it at each step of the employee journey — from hiring and promotion to inclusive culture, feedback, and leadership. The series will continue in 2023, with new episodes and topics.

### Helping Caregivers Return to Work

Coming back to work after time off can be a daunting prospect, which is why we created Return Ticket, a 16-week Returnship program run in partnership with Path Forward. Through Return Ticket, we're supporting experienced professionals who have taken at least two years off for caregiving to make the transition back to the workforce.

The program offers an opportunity to develop skills, refresh resumes, create valuable industry connections, and apply for full-time positions with Expedia Group — all at no cost to participants.

### INCLUSION LEARNING IMPACT IN 2022

**+4.0**
sentiment score for all programs

**2.5x**
increase in training portfolio since 2021

**7,317**
employees have completed Ally Skills training

Case 1:23-cv-01373-DAE    Document 8-6    Filed 01/10/24    Page 15 of 35

16    Inclusion & Diversity Report 2022

I&D at the Center
of the Employee
Lifecycle



# Our New Vice President of Disability Inclusion: A Spotlight on Kathy Martinez

In 2022, Expedia Group appointed our first VP of Disability Inclusion, Kathy Martinez. Kathy leads a dedicated team of disability advocates united in their mission to create more inclusive, equitable experiences for employees and travelers with disabilities. With a strong background in disability advocacy, Kathy brings a wealth of expertise to the role.

"Expedia Group is working to create understanding across the travel industry that disability is a natural part of the human condition, and that people with disabilities are traveling more and more. At Expedia Group, we are building a benchmark of advocates and allies around disability and accessibility awareness, both internally and externally, whether that's towards our employees, travelers, or partners.

The more conversations we have around weaving disability into our consciousness, practices, and processes, the more people will feel comfortable coming out as being disabled and together we will build a more welcoming workplace and travel experience.

We're designing recruitment strategies in nine countries to better align with local disability hiring requirements. Additionally, we are establishing a roadmap for improving our careers website to provide more information for candidates and employees with disabilities."

**KATHY MARTINEZ,**
**VICE PRESIDENT, DISABILITY INCLUSION**

## Office Spaces That Work for Everyone

We want employees to feel supported in reaching their full potential. This means ensuring our offices are designed with everyone's needs in mind.

While we own and operate our Seattle office, we also rent a significant proportion of our office space. As such, we work closely with property owners to ensure the spaces we lease are accessible.

In 2022, we launched a global workforce accommodation fund to better support employee requests for disability accommodations and adjustments. Through this centralized fund, employees can access a range of assistive technologies and office equipment — such as screen readers, ergonomic keyboards, and specialized office chairs. They can also arrange on-site accommodations for service animals and request changes to standard working conditions, including location and schedule.

Additionally, we're modifying physical spaces by establishing lower-lighting environments and quiet zones in offices to ensure everyone can find the conditions they need to do their best work.





17    Inclusion & Diversity Report 2022

Building a Company That Reflects Our Travelers

I&D at the Center of the Employee Lifecycle

**Investing in Our Communities**

Leading With I&D Across the Business

I&D Awards and Benchmarking

Looking Forward

Appendix

# INVESTING IN OUR COMMUNITIES

To ensure inclusion is embedded in everything we do,
we first need to create the structures that enable action.
We're investing in our global employee communities and
have established a dedicated Advisory Council to help drive a
culture of shared I&D responsibility throughout Expedia Group.

### IN THIS SECTION

18    Building Community With Inclusion
      Business Groups (IBGs)
21    Communities of Support

18    Inclusion & Diversity Report 2022

# BUILDING COMMUNITY WITH INCLUSION BUSINESS GROUPS (IBGs)

At Expedia Group, we want to help employees connect with colleagues on shared perspectives and experiences. Our employee-led Inclusion Business Groups (IBGs) create the spaces that facilitate those connections.

Our Inclusion Business Groups (IBGs) are one way we support employees and their sense of belonging at Expedia Group. IBGs are self-organized communities, sponsored by the I&D team, focused on advancing inclusion, awareness, development, and a sense of belonging for underrepresented identities at Expedia Group.



## Our IBGs

**ACE:** Asian Community at Expedia Group

**AIM:** Ability Inclusion Movement

**BEAM:** Black Expedia Allied Movement

**IDEA:** Indigenous Diversity, Expedians & Allies

**LEAD:** Latinx at Expedia and Allies for Development

**PRIDE:** Expedia Group LGBTQIA+ & Allies

**VETS:** Veterans at Expedia Group and Their Supporters

**WELL:** Women at Expedia Group Learning & Leading

## IBG Progress in 2022

Throughout the year, our IBGs designed 300+ events to activate cross-company engagement in important I&D topics. While each IBG exists to amplify the voices and needs of specific employee groups, we also recognize that everyone holds multiple identities. In 2022, our IBGs focused on expanding intersectional programming and collaborating across groups to deliver events that explored multiple issues. The global nature of our IBGs continue to grow and ensure that Expedia Group culture permeates through all offices, no matter whether you are in our Seattle Campus or in Singapore.

## IBGS DRIVE GLOBAL IMPACT 2022

### 36%
of employees belong to one or more IBGs (5,000 IBG members globally)

### 25%
of IBG Global Board Leaders received a promotion within the last year (42% promotion rate when looking at IBG Presidents and VPs)

## Own Your Dreams IBG Career Development Program

In the spirit of collaboration, our IBGs came together and created a development program for members. The program spanned six weeks, and focused on career planning.

The results showcased the impact of this offering:

- 950+ members engaged, with 50% enrollment from Europe, the Middle East and Africa (EMEA), and APAC regions combined.
- 25% of attendee survey responders engaged in other development programs within Expedia Group, while 23% initiated or revisited a conversation with their manager regarding career goals.



## LOOKING BACK ON EACH IBG'S WINS

### ACE
(Asian Community at Expedia Group)



ACE grew significantly in 2022, almost tripling membership to 1,300 employees. This was, in part, thanks to the launch of three new chapters, including ACE-Marhaba, supporting EG Arabs and Allies — the group held four global mentoring sessions and "Breaking the Bamboo Ceiling" events throughout the year to help members network.

Throughout Asian American and Pacific Islander Heritage Month, ACE partnered with five other IBGs to activate various global events. The IBG also harnessed other opportunities to celebrate the varied facets of Asian culture — including Eid, Arabic Language Day, Lunar New Year, and Diwali. They aim to create more cultural awareness programs throughout 2023.





### AIM
(Ability Inclusion Movement)

AIM continues to expand year-over-year, reaching 1,000 members and 10 global chapters — including a newly launched Singapore chapter. During 2022, the highlight of AIM's year was an Autism Acceptance Month event hosted in partnership with autism advocate, Temple Grandin. The IBG also held intersectional events with PRIDE and LEAD for World Mental Health Day.

### BEAM
(Black Expedia Allied Movement)

BEAM membership increased by 22% in 2022 as they welcomed four new chapters — in Amsterdam, London, Madrid, and Springfield, Mo. — as well as a new group in Latin America. During the year, BEAM held a Black Leaders Panel, during which Expedia Group leaders shared their stories of career development.

Externally, BEAM hosted a live event at AfroTech 2022, sponsoring BEAM members and students to attend. Read more about AfroTech 2022.





### IDEA
(Indigenous Diversity, Expedians & Allies)



2022 was a strong year for IDEA, with over 25% membership growth. Alongside reaching this milestone, IDEA also worked on various projects, including launching an Indigenous Resources Center and developing a land acknowledgment policy.

The IBG hosted two events in celebration of International Day of the World's Indigenous Peoples, a panel discussion on multiculturalism, and other events on Indigenous identities throughout the year.

## LOOKING BACK ON EACH IBG'S WINS





**PRIDE**
(Expedia Group LGBTQIA+ & Allies)

Throughout 2022, PRIDE made strides to drive cross-company connections, including on Transgender Day of Visibility when 100 posts of solidarity were collected from every region and across every business level.

During Pride Month, the group organized a Pride Through Action panel that was attended by more than 700 people. Additionally, to advance understanding of how to be an LGBTQIA+ ally, PRIDE helped develop Ally Skills training resources.





**WELL**
(Women at Expedia
Group Learning & Leading)

WELL hosted several events throughout 2022 and developed two new programs: Own Your Dreams and the Power of X. The Power of X encourages the sharing of unique experiences and perspectives through storytelling. Both initiatives — in partnership with other IBGs — had over 900 participants. In addition to launching this new program, WELL increased overall membership by 27% and hosted their first APAC-focused keynote.



**LEAD**
(Latinx at Expedia and Allies
for Development)

In 2022, LEAD experienced a 40% membership growth — and a new chapter was introduced in Seattle. LEAD collaborated with other IBGs to host more than 10 intersectional events. Additionally, during Latinx and Hispanic Heritage Month, they hosted a series of local chapter site events to engage employees — adding nearly 250 members to the IBG as a result.



**VETS**
(Veterans at Expedia Group and
Their Supporters)

In 2022, VETS partnered with our Global Talent Acquisition team to develop a training program to help people transition to civilian life and careers after serving in the military. They also successfully launched a Veteran Mentorship Program and received a Bronze Award from the British Forces for their efforts to support those who serve.

To support current and future veterans, VETS onboarded new Veteran Mentors, grew membership by 12%, and added four new chapters globally.



## COMMUNITIES OF SUPPORT

We want employees to be champions for inclusion, with opportunities that help them contribute to shaping the landscape of I&D at Expedia Group. We also want to invest in building communities within our walls that reflect the world outside them.

### Inclusion Champions

Our Inclusion Champions are a group of motivated employees dedicated to embedding I&D throughout Expedia Group. The Champions network includes employees from around the world, in all divisions of the business, and at different levels of management. As subject matter experts in their fields, they amplify our I&D goals, partnering with the I&D team and our IBGs to bring about meaningful, division-level change.

In 2022, Inclusion Champions created a podcast series to share employees' stories, produced SelfID+ informational videos to answer employees' questions, and formed focus groups and listening sessions to discuss parental leave.

### Reconciliation Action Plan (RAP)

During 2021, Expedia Group formally committed to reconciliation for Australia's Aboriginal and Torres Strait Islander people through the RAP program. In 2022, our Reflect RAP was endorsed by Reconciliation Australia.

Throughout the year, we took several steps to drive reconciliation and celebrate First Nation culture, including installing First Nations artwork in our Sydney and Brisbane offices. Meeting rooms in these facilities now also feature First Nation placenames. We also hosted employee events throughout

National Aborigines and Islanders Day Observance Committee (NAIDOC) Week, creating moments to celebrate cultural heritage.

Externally, we continue to support Aboriginal and Torres Strait Islanders people, engaging First Nations-led catering suppliers for key RAP events. And, to support Aboriginal nonprofit, Tribal Warrior, several of our employees volunteered to clean the newest addition to their boat fleet.

### Inclusion & Diversity Advisory Council

Effective I&D programs require strong guidance from leaders around the business — something we harness through our Inclusion & Diversity Advisory Council.

The Council acts as an internal advisory forum, comprising more than 20 senior leaders and designed to ensure our global inclusion work is locally relevant and embedded into all business areas.

Since its creation, the Council has driven measurable progress related to policy changes, goal-setting, and evolving hiring processes. It also played a key role in facilitating cross-company action, with systems implemented in each region to support dialogues around I&D and the role each employee plays in advancing Expedia Group's efforts.

### A Network of Regional Councils

Regional Councils support and amplify Expedia Group's I&D efforts on the ground. They partner with IBGs, the Advisory Council, I&D team members, and leadership to develop effective, locally relevant initiatives.

### APAC

The APAC Inclusion and Diversity Council, our first regional council, has been active since 2020 and works on core topics relevant to the APAC audience such as Gender, Ethnicities and Cultures, LGBTQIA+, and Mental Health. Over the years, the council has expanded and evolved in scope to explore new areas like Indigenous identities, neurodiversity, intersectionality, and helping people leaders develop an I&D mindset.

During 2022, the Council led a workshop on intersectionality, created online "safe spaces" for LGBTQIA+ employees, and increased awareness of disability inclusion. It also contributed to the success of various events to support International Women's Day, Asian and Pacific Islander Heritage Month, Voices of Change, Pride Month, and Month of Caring.

### EMEA

The EMEA Inclusion and Diversity Council is our largest regional council. After running a survey in 2022, the Council refocused collaborations with local IBGs, streamlining communication and event planning, and addressing topics not covered within other communities' programming. These topics included bereavement support for employees experiencing grief, monthly deep dives into the diversity of languages in EMEA, conversations around religion and faith in the workplace, and sharing inclusive language in several regionally relevant languages. For each topic, the Council drew on different perspectives, often inviting volunteers to share their own stories.

### Latin America (LATAM)

The LATAM Inclusion and Diversity Council, our newest regional council, focused 2022 efforts on creating space for I&D in employees' everyday work, setting personal I&D goals, and listening to the needs of employees. Together with LEAD, during Latinx and Hispanic Heritage Month, the Council hosted roundtable discussions in LATAM offices in local languages. Over 100 people participated, bringing to light topics for further discussion going forward.

## Return from Maternity

Our Return from Maternity community is on a mission to help new mothers returning from parental leave with resources, training opportunities, and a network of support. Through it, returning employees can access mentoring sessions, local maternity information meetings, and a checklist of steps for employees and managers to take before, during, and after leave.

This community, which numbered 450 global participants by the end of 2022, is growing fast. In 2023, this group will look to work closely with our People and I&D teams to establish an increasingly significant presence across regions and business levels.

## An Employee-Led Culture of Support

We encourage our employees to establish internal communities that help evolve a culture of mutual support. During 2022, passionate employees developed two new community business groups:

- **Friends of Grief**, which creates a safe space for employees to support one another during times of grief.
- **Expedians Come in All Sizes**, designed to address issues around reactions to body sizes.

## Voices of Change

The Voices of Change speaker series elevates and amplifies stories of changemakers focused on racial and social justice, gender equality, inclusive access for people with disabilities, LGBTQIA+ rights, climate action, and more.

In 2022, we continued this forum, deep diving into their experiences and having open and honest conversations about how our employees, travelers, and partners can take action to drive change.

Among the changemakers involved was Shani Dhanda, who spoke about promoting disability inclusion in the workplace and how companies can integrate more inclusive practices.

Another speaker was Myrna Cunningham, an Indigenous rights activist and member of Nicaragua's Indigenous Miskitu community. She spoke on strategies for intercultural education, health, and the establishment of Indigenous and multiethnic self-governments.

Each Voices of Change event was followed by regional discussion sessions. The sessions allowed attendees to explore learnings and how these global insights could be applied to local contexts.



Myrna Cunningham



Shani Dhanda



Building a Company That
Reflects Our Travelers    I&D at the Center of the
Employee Lifecycle    Investing in Our
Communities    **Leading With I&D
Across the Business**    I&D Awards and
Benchmarking    Looking Forward    Appendix

# LEADING WITH I&D
# ACROSS THE BUSINESS

We want to remove barriers so exceptional people can reach
their full potential — within our business and beyond. From
vendor diversity to evolving our travel offerings for accessibility,
we're committed to making the Expedia Group experience
more equitable for all.

## IN THIS SECTION

24    Partnering Across Our Value Chain

## PARTNERING ACROSS OUR VALUE CHAIN

We look to embed I&D throughout our business and wider value chain. Whether it's launching vendor diversity, celebrating different cultures, or creating space for all travelers, we're working to ensure that Expedia Group makes a positive impact on the communities where we are located.

### Vendor Diversity

We are committed to achieving the same level of inclusion in our supply chain as in our workforce. Our Vendor Diversity Program reflects this vision and provides our network of vendors with mentorship, business support, and a chance to supply products and services across our enterprise.

The program launched in 2022 in the U.S. and is designed to create more opportunities for businesses owned, operated, and managed by ethnic minorities, women, LGBTQIA+, people with disabilities, veterans, and those who are socially or economically marginalized. By increasing engagement with diverse groups of vendors, not only can we create a supply chain that reflects the diversity of our employees and travelers — this also represents a valuable opportunity to drive greater economic prosperity for underrepresented communities.

### Traveler Inclusivity

We aim to create equitable experiences for travelers with disabilities, working with industry peers to amplify voices in the disability community. We provide accessible travel solutions for wheelchair users, visually or hearing-impaired travelers, caregivers, and beyond.

### Design Once, Use Everywhere

If we are to deliver seamless, accessible, and above all enjoyable travel experiences, we must work to create a feeling of cohesion across our portfolio of distinct brands. We have engaged with teams throughout Expedia Group on creating a single visual identity for use across our platforms and content.

The outcome of this collaboration was the Expedia Group Design System, a centralized resource that consolidates all major design systems that support Expedia Group brands, white-label brands, and partner experiences. With 55 ready-to-use components specifically designed to embed accessibility into digital content, developers across our ecosystem can easily build quality online spaces that work for all travelers and partners.

Read more about how we are developing our products and services to offer more accessible travel options in our 2022 Impact Report.

### Lodging Accessibility Guide

According to research, travelers with disabilities spent nearly $59 billion on travel and took a total of 81 million trips between 2018–2019. Yet, people with disabilities are the most underserved community in the travel and tourism sector. To address this gap, in 2022, we launched the Lodging Accessibility Guide — easy-to-understand guidance on embedding accessibility best practices into accommodation. Expedia Group lodging partners can find advice on how to make properties accessible and market them appropriately to deliver the best, most accessible traveler experiences.

The guide offers practical solutions on moving properties from compliant to fully inclusive design, including "Dos and Dont's," property "tips," and a glossary of key disability and hospitality terminology. It also offers information for training staff on disability inclusion, so everyone is equipped to deliver effective support to guests with disabilities.



## Brand Marketing

Travelers look for companies that represent them and their values. We are committed to improving I&D across all Expedia Group brands, starting with ensuring every traveler can see themselves represented in our brand marketing.

To set the foundation for progress, in 2022, we took stock of what our brands have already achieved to deliver more inclusive marketing. In 2023, we are working on a set of priorities to take these efforts further, guiding our strategy this year and beyond.

Our next priority is to turn these insights into actions, with targeted marketing and engagement initiatives designed to engage underrepresented travelers, focusing initially on members of the Black, Latinx, and disabled communities.

See an example of this work Black & Well-Traveled: AfroTech 2022.

## Influencer Ambassador Program

We recognize the value in engaging social media influencers to reach more travelers around the world. To ensure we are offering people culturally relevant information, we must first make sure we're embedding I&D considerations into influencer programs.

During 2022, we launched the Influencer Ambassador program — an initiative that brings together 23 diverse creators to share Expedia Group information with their followers. Throughout the year-long program, creators deliver engaging social media content that introduces people to our brands and other Expedia Group updates.

To maximize our reach, we activated additional influencer campaigns throughout the year to celebrate and promote diversity in travel, particularly among Black and Latinx communities. During Latinx and Hispanic Heritage Month, we engaged six Latinx influencers to spotlight their unique travel experiences — giving them a stage to celebrate destinations and traditions that are culturally important to them. Additionally, at AfroTech, one of our influencer partners took to the stage to help deliver a panel discussion.





# 60%

of Influencer Ambassador global participants identify as belonging to an underrepresented group



26    Inclusion & Diversity Report 2022

Building a Company That Reflects Our Travelers    I&D at the Center of the Employee Lifecycle    Investing in Our Communities    Leading With I&D Across the Business    **I&D Awards and Benchmarking**    Looking Forward    Appendix

## I&D AWARDS AND BENCHMARKING

We are proud of all we do to place inclusion at the center of our workplaces, communities, and services and look to external benchmarking and partnerships to help us set goals and measure progress.

### IN THIS SECTION

27    External Recognition
28    External Commitments & Partnerships

## EXTERNAL RECOGNITION

We champion inclusion in our communities and for our employees, our travelers, and our business. While we aren't driven by awards and external recognition, we are honored to have our unwavering commitment to inclusion formally recognized.

#1
LinkedIn
Top Companies
2022: Travel &
Hospitality

#3
Newsweek
America's Best
Customer Service –
Transportation
& Travel

90
Score
Disability:IN
Disability
Equality Index

100
Score
Human Rights Campaign
Best Places to Work
for LGBTQ+
Equality

#6
Great Place to Work U.K.
U.K. Best Workplaces
in Tech

97
Score
Best Workplace
from Job Rainbow
in Japan

Bronze
Award
Defence Employer
Recognition Scheme









I&D Awards and
Benchmarking

## EXTERNAL COMMITMENTS & PARTNERSHIPS

We can achieve more when we work together. We're members of
various multistakeholder partnerships and global commitments
created to drive collective I&D action.

### NEW PARTNERSHIPS IN 2022

**Hiring Our Heroes**

This partnership allows Expedia Group to
provide fellowships to transitioning service
members to experience corporate life. Our
relationship began in 2022 so that we could
develop the infrastructure necessary to
participate in the spring 2023 cohort.

**Path Forward**

A relationship developed about three years
ago, allows EG to partner with Path Forward in
identifying caregivers that are hoping to restart
their professional careers. We continue to
leverage their expertise to pull in talent for our
Returnship program.

**Power to Fly**

A major partner that assists in curating events
to recruit and match underrepresented talent to
available opportunities inside of organizations.
PTF has been an ongoing partner for several
years now and has been a successful partner in
attracting, hiring and pipelining talent.

**Tapability**

An online resource that helps to connect EG
positions to talent with disabilities.

### PARTNERSHIPS

| PARTNERSHIPS | DETAILS |
|---|---|
| Valuable 500 | CEO Peter Kern and Expedia Group joined the global Valuable 500 community in January 2021 and agreed to prioritize disability inclusion efforts. Our work can be seen on the Valuable 500 website. |
| 100+ Corporations & Partner Organizations Support COVID-19 Action Agenda | Expedia Group is part of a consortium addressing the adverse impacts of the COVID-19 outbreak. |
| CEO Action Pledge | Expedia Group signed the CEO Action for Diversity & Inclusion™ pledge in 2019, committing to work toward mobilizing the travel industry to make major, actionable steps to promote diversity and inclusion. |
| Corporate Equality Index | Expedia Group earned a top score on the 2021 Corporate Equality Index, a national benchmarking survey and report issued by the HRC measuring corporate policies and practices related to LGBTQIA+ workplace equality. |
| Disability:IN | Expedia Group is a corporate partner of Disability:IN, the leading nonprofit resource for business disability inclusion worldwide. |
| Business Coalition for the Equality Act | Expedia Group signed HRC's Business Coalition for the Equality Act, a bipartisan, U.S. federal LGBTQIA+-rights bill. |
| International Association of Accessibility Professionals (IAAP) | Expedia Group is an active member of the International Association of Accessibility Professionals (IAAP). |
| Pregnant Workers Fairness Act | Expedia Group joined the list of organizations that support this bill. |

### PARTNER RECRUITMENT ORGANIZATIONS

**APAC**

Women Who Code

**EMEA**

- Diversifying.io
- Handicap.fr
- myGwork
- Out in Tech
- Tech Ladies
- WomenHack

**NORAM**

- Ability Jobs
- AfroTech
- ALPFA
- Black Tech Jobs
- Blacks in Tech
- Black Tech Pipeline
- Diversityjobs.com
- Fairygodboss
- HACE
- HirePurpose
- Latinas in Tech
- NABA
- Out in Tech
- PowerToFly
- Prospanica
- tapABILITY.org
- WomenHack
- Women in Product
- WORK180



LOOKING FORWARD

**IN THIS SECTION**

30    Looking Forward

# LOOKING FORWARD

We are proud of all we do to embed inclusion and diversity into every facet of our business. As we move beyond 2022, we have established four focus areas to drive our I&D efforts in 2023.



| AREA | GOALS |
|---|---|
| Targeted Inclusive Learning & Talent Processes | Empower leaders with learning experiences to help mitigate bias in talent and performance discussions, and guide processes and policies and ways of working. |
| Deep Focus on Underrepresented Group (URG)* Retention & Development | Address voluntary attrition through programs like Warmline employee advocacy, a URI Leadership Development program, and an IBG Career series. |
| Build World-Class Disability Inclusion Program | Establish best practices around accessibility and disability inclusion across hiring, product design, and accommodations. |
| Innovate to Lead in Inclusive Hiring Practices | Position Expedia Group as a best place to work for everyone through diversity events, diversity sourcing teams, and hiring certification. |

* Anyone who is underrepresented compared to the population. This can include women, racial minorities, people with disabilities, LGBTQIA+ people, and veterans.



Building a Company That Reflects Our Travelers    I&D at the Center of the Employee Lifecycle    Investing in Our Communities    Leading With I&D Across the Business    I&D Awards and Benchmarking    Looking Forward    | **Appendix**

# A P P E N D I X

**IN THIS SECTION**

32    Glossary of Terms
32    Methodology
33    Five-Year Look-Backs

# GLOSSARY OF TERMS

**Accessible**
Inclusive for people with disabilities.

**Ally**
Any person who wants to take action for the equality of a marginalized group they're not a part of.

**Bias**
A natural inclination for or against an idea, object, group, or individual. It is often learned and is highly dependent on variables like a person's socioeconomic status, race, ethnicity, educational background, etc.

**Binary Gender**
The classification of gender into two distinct forms of feminine and masculine. At Expedia Group, we recognize that gender is a spectrum and that our employees and travelers may identify with none, one, or more gender identity along that spectrum.

**Diversity**
The variety of people, identities, and ideas within a company.

**Hires**
Refers to external hires (hires outside of Expedia Group) and does not include internal movement.

**IBGs**
Inclusion Business Groups, an Expedia Group–unique category of Employee Resource Groups that are strategic, self-organized, I&D team-sponsored groups focused on advancing the vision of Inclusion & Diversity in the communities we serve through cultivating a sense of belonging at Expedia Group and beyond.

**Inclusion**
Creating an environment in which people feel involved, respected, valued, and connected.

**Intersectionality**
The interconnected nature of social categorizations such as race, class, and gender, regarded as creating overlapping and interdependent systems of discrimination or disadvantage; a theoretical approach based on such a premise (Oxford English Dictionary).

**I&D**
Abbreviation for Inclusion & Diversity.

**Leadership**
Director level and above.

**LGBTQIA+**
Lesbian, Gay, Bisexual, Transgender, Queer and/or Questioning, Intersex, and Asexual and/or Ally.

**Partners**
Travel companies whose services/products are featured on Expedia Group platforms. Examples include airlines, hotels, vacation rentals, car rental companies, and cruise lines.

**Privilege**
Any earned or unearned advantage given by society to some but not all.

**Tech**
Includes technology and information technology job functions.

**Non-Tech**
Refers to job functions excluding technology and information technology.

**Underrepresented Identities (URI)**
Refers to underrepresented individuals within Expedia Group in the U.S., and aligns with the percentage of employees in relation to demographics of the local labor pool, and

includes the following race/ethnicity categories: Black/African American, Hispanic/Latino, two or more races, American Indian/Alaska Native, Native Hawaiian/Other Pacific Islander.

**URG**
Anyone who is underrepresented compared to the population. This can include women, racial minorities, people with disabilities, LGBTQIA+ people, and veterans.

**Non-URI**
Refers to the percentage of Expedia Group employees in the U.S. in relation to demographics of the local labor pool and includes the following race/ethnicity categories: Asian/Pacific Islander and White.

*Note: While Asian/Pacific Islanders might be historically marginalized racially, they are considered Non-URIs at Expedia Group because they make up a majority population of its workforce.*

**Women and Men (Gender)**
As explained by the World Health Organization, "*Gender refers to the socially constructed characteristics of women and men, such as norms, roles, and relationships of and between groups of women and men. It varies from society to society and can be changed.*" Women are often defined socially by their subscription to feminine qualities and characteristics, while men are defined by their subscription to masculine qualities and characteristics.

**Female and Male (Sex)**
As explained by the World Health Organization, "*Sex refers to the biological characteristics that define humans as female or male. While these sets of biological characteristics are not mutually exclusive, as there are individuals who possess both, they tend to differentiate humans as males and females.*"

# METHODOLOGY

All reporting for representation, hires, and terms excludes any contingent workers. Employees who have not specified a gender and/or ethnicity are not included in our analysis. Data for each year is current as of December 31, 2022.

All reporting on gender, unless otherwise stated, reflects global data. While Expedia Group collected data in 2022 on nonbinary gender through a self-identification survey in a limited number of countries, this is not reflected in this report's visualizations and related analyses. All reporting on race/ethnicity reflects U.S. data.

While Expedia Group collected data in 2022 on race/ethnicity through a self-identification survey in a limited number of countries outside of the U.S., this is not reflected in this report's visualizations and related analyses.

In some cases, due to rounding and how we count multiracial individuals, the percentages may not add up exactly to the overall percentage. Historical figures may differ slightly due to rounding and corrections in methodology year over year. Most of the figures in visualizations are rounded up.

# FIVE-YEAR LOOK-BACKS

**Representation: U.S. Race/Ethnicity***

| | | American Indian/ Alaska Native | Asian/ Pacific Islander | Black/ African American | Hispanic/ Latino | Native Hawaiian/ Other Pacific Islander | Two or More Races | White | Not Specified | N (total population) excludes Not Specified |
|---|---|---|---|---|---|---|---|---|---|---|
| **OVERALL** | 2018 | 0.3% | 24.1% | 4.6% | 9.1% | 0.7% | 2.7% | 58.5% | 714 | 9,913 |
| | 2019 | 0.4% | 24.4% | 4.6% | 9.3% | 0.7% | 2.8% | 58.0% | 820 | 10,169 |
| | 2020 | 0.3% | 25.4% | 4.0% | 8.1% | 0.5% | 2.7% | 58.9% | 618 | 7,773 |
| | 2021 | 0.3% | 30.4% | 3.5% | 7.5% | 0.4% | 2.7% | 55.2% | 363 | 6,561 |
| | 2022 | 0.4% | 31.4% | 4.7% | 8.2% | 0.3% | 3.2% | 51.7% | 463 | 7,537 |
| **TECH** | 2018 | 0.2% | 43.5% | 2.3% | 4.1% | 0.3% | 1.6% | 479% | 323 | 4,001 |
| | 2019 | 0.3% | 44.3% | 2.2% | 4.8% | 0.3% | 1.8% | 46.4% | 376 | 4,132 |
| | 2020 | 0.2% | 45.3% | 2.2% | 5.0% | 0.3% | 2.0% | 44.9% | 332 | 3,364 |
| | 2021 | 0.3% | 47.3% | 2.5% | 5.0% | 0.3% | 2.5% | 42.2% | 218 | 3,420 |
| | 2022 | 0.2% | 49.2% | 3.3% | 5.6% | 0.3% | 2.8% | 38.6% | 278 | 4,028 |
| **NON-TECH** | 2018 | 0.3% | 11.0% | 6.2% | 12.4% | 1.0% | 3.4% | 65.7% | 391 | 5,912 |
| | 2019 | 0.4% | 10.8% | 6.2% | 12.3% | 0.9% | 3.5% | 65.9% | 444 | 6,037 |
| | 2020 | 0.4% | 10.3% | 5.3% | 10.5% | 0.7% | 3.2% | 69.6% | 286 | 4,409 |
| | 2021 | 0.4% | 12.0% | 4.6% | 10.2% | 0.4% | 3.0% | 69.3% | 134 | 3,141 |
| | 2022 | 0.5% | 11.1% | 6.3% | 11.2% | 0.4% | 3.7% | 66.8% | 185 | 3,509 |
| **LEADERSHIP** | 2018 | 0.1% | 23.3% | 1.1% | 3.8% | 0.2% | 1.6% | 69.9% | 61 | 1,024 |
| | 2019 | 0.0% | 24.1% | 0.9% | 3.6% | 0.1% | 1.4% | 69.9% | 77 | 1,079 |
| | 2020 | 0.1% | 22.7% | 0.6% | 3.8% | 0.2% | 1.4% | 71.2% | 70 | 886 |
| | 2021 | 0.1% | 24.3% | 1.0% | 4.0% | 0.2% | 2.2% | 68.1% | 53 | 859 |
| | 2022 | 0.2% | 26.6% | 2.2% | 4.2% | 0.3% | 2.1% | 64.3% | 77 | 989 |

**Representation: Global Gender**

| | | Men | Women | Not Specified | N (total population) excludes Not Specified |
|---|---|---|---|---|---|
| **OVERALL** | 2018 | 49.1% | 50.9% | 77 | 22,216 |
| | 2019 | 48.3% | 51.7% | 102 | 22,948 |
| | 2020 | 48.7% | 51.3% | 74 | 18,279 |
| | 2021 | 52.8% | 47.2% | 39 | 13,911 |
| | 2022 | 52.5% | 47.5% | 86 | 15,721 |
| **TECH** | 2018 | 72.9% | 27.1% | 12 | 7,201 |
| | 2019 | 71.2% | 28.8% | 10 | 7,583 |
| | 2020 | 70.3% | 29.7% | 10 | 6,581 |
| | 2021 | 68.2% | 31.8% | 9 | 6,609 |
| | 2022 | 66.2% | 33.8% | 16 | 7,706 |
| **NON-TECH** | 2018 | 37.7% | 62.3% | 65 | 15,015 |
| | 2019 | 37.1% | 62.9% | 92 | 15,365 |
| | 2020 | 36.6% | 63.4% | 64 | 11,698 |
| | 2021 | 39.0% | 61.0% | 30 | 7,302 |
| | 2022 | 39.4% | 60.6% | 70 | 8,015 |
| **LEADERSHIP** | 2018 | 65.8% | 34.2% | 0 | 1,650 |
| | 2019 | 65.0% | 35.0% | 0 | 1,767 |
| | 2020 | 63.7% | 36.3% | 0 | 1,506 |
| | 2021 | 62.4% | 37.6% | 0 | 1,413 |
| | 2022 | 61.5% | 38.5% | 4 | 1,627 |

*Representation data prior to 2021 includes the headcount of regular employees prior to the divestiture of Egencia (November 2021).

# FIVE-YEAR LOOK-BACKS

**Intersectional U.S. Representation: Women**

| | | American Indian/ Alaska Native | Asian/ Pacific Islander | Black/ African American | Hispanic/ Latino | Native Hawaiian/ Other Pacific Islander | Two or More Races | White | Not Specified |
|---|---|---|---|---|---|---|---|---|---|
| **OVERALL** | 2018 | 0.1% | 9.9% | 2.7% | 5.1% | 0.5% | 1.5% | 29.1% | 310 |
| | 2019 | 0.2% | 10.1% | 2.6% | 5.2% | 0.5% | 1.6% | 29.4% | 368 |
| | 2020 | 0.2% | 10.6% | 2.2% | 4.4% | 0.3% | 1.4% | 30.3% | 259 |
| | 2021 | 0.2% | 12.4% | 1.5% | 3.9% | 0.2% | 1.3% | 27.2% | 144 |
| | 2022 | 0.4% | 28.6% | 4.5% | 8.9% | 0.3% | 3.3% | 54.0% | 184 |
| **TECH** | 2018 | 0.0% | 14.8% | 0.5% | 0.9% | 0.1% | 0.5% | 11.9% | 93 |
| | 2019 | 0.1% | 15.6% | 0.5% | 1.2% | 0.1% | 0.6% | 12.0% | 107 |
| | 2020 | 0.1% | 15.7% | 0.7% | 1.5% | 0.1% | 0.6% | 11.8% | 94 |
| | 2021 | 0.1% | 16.7% | 0.7% | 1.6% | 0.1% | 1.0% | 12.0% | 66 |
| | 2022 | 0.2% | 56.1% | 2.8% | 5.3% | 0.4% | 3.3% | 31.8% | 90 |
| **NON-TECH** | 2018 | 0.2% | 6.6% | 4.2% | 8.0% | 0.8% | 2.3% | 40.8% | 217 |
| | 2019 | 0.3% | 6.4% | 4.1% | 7.9% | 0.7% | 2.2% | 41.3% | 261 |
| | 2020 | 0.2% | 6.6% | 3.4% | 6.7% | 0.5% | 2.0% | 44.4% | 165 |
| | 2021 | 0.2% | 7.7% | 2.5% | 6.4% | 0.2% | 1.6% | 43.8% | 78 |
| | 2022 | 0.5% | 11.5% | 5.5% | 11.1% | 0.3% | 3.3% | 67.8% | 94 |
| **LEADERSHIP** | 2018 | 0.1% | 7.8% | 0.3% | 1.3% | 0.1% | 0.6% | 25.9% | 23 |
| | 2019 | 0.0% | 8.3% | 0.3% | 1.0% | 0.0% | 0.5% | 26.2% | 27 |
| | 2020 | 0.1% | 8.2% | 0.2% | 1.4% | 0.1% | 0.6% | 27.3% | 24 |
| | 2021 | 0.1% | 8.5% | 0.6% | 1.4% | 0.1% | 0.8% | 27.6% | 22 |
| | 2022 | 0.5% | 22.9% | 3.3% | 4.6% | 0.3% | 2.1% | 66.3% | 29 |

**Intersectional U.S. Representation: Men**

| | | American Indian/ Alaska Native | Asian/ Pacific Islander | Black/ African American | Hispanic/ Latino | Native Hawaiian/ Other Pacific Islander | Two or More Races | White | Not Specified |
|---|---|---|---|---|---|---|---|---|---|
| **OVERALL** | 2018 | 0.2% | 14.2% | 1.9% | 4.0% | 0.2% | 1.1% | 29.4% | 402 |
| | 2019 | 0.2% | 14.2% | 1.9% | 4.1% | 0.2% | 1.2% | 28.6% | 450 |
| | 2020 | 0.1% | 14.9% | 1.7% | 3.7% | 0.2% | 1.2% | 28.6% | 357 |
| | 2021 | 0.2% | 18.0% | 2.0% | 3.6% | 0.2% | 1.4% | 28.0% | 219 |
| | 2022 | 0.3% | 34.1% | 4.9% | 7.6% | 0.4% | 3.2% | 49.5% | 263 |
| **TECH** | 2018 | 0.2% | 28.7% | 1.8% | 3.2% | 0.1% | 1.1% | 36.0% | 228 |
| | 2019 | 0.2% | 28.7% | 1.6% | 3.6% | 0.1% | 1.3% | 34.4% | 267 |
| | 2020 | 0.1% | 29.5% | 1.6% | 3.6% | 0.2% | 1.4% | 33.1% | 236 |
| | 2021 | 0.2% | 30.6% | 1.8% | 3.4% | 0.2% | 1.5% | 30.2% | 152 |
| | 2022 | 0.3% | 45.7% | 3.6% | 5.7% | 0.2% | 2.6% | 42.0% | 183 |
| **NON-TECH** | 2018 | 0.1% | 4.4% | 2.0% | 4.5% | 0.3% | 1.1% | 24.9% | 174 |
| | 2019 | 0.1% | 4.3% | 2.1% | 4.4% | 0.2% | 1.2% | 24.6% | 183 |
| | 2020 | 0.1% | 3.7% | 1.9% | 3.8% | 0.2% | 1.1% | 25.2% | 121 |
| | 2021 | 0.2% | 4.3% | 2.2% | 3.8% | 0.3% | 1.4% | 25.6% | 67 |
| | 2022 | 0.4% | 10.4% | 7.7% | 11.6% | 0.7% | 4.4% | 64.9% | 80 |
| **LEADERSHIP** | 2018 | 0.1% | 15.5% | 0.8% | 2.5% | 0.1% | 1.0% | 44.0% | 38 |
| | 2019 | 0.0% | 15.8% | 0.6% | 2.6% | 0.1% | 0.9% | 43.7% | 50 |
| | 2020 | 0.0% | 14.4% | 0.3% | 2.5% | 0.1% | 0.8% | 43.9% | 46 |
| | 2021 | 0.0% | 15.8% | 0.5% | 2.6% | 0.1% | 1.4% | 40.5% | 31 |
| | 2022 | 0.0% | 29.0% | 1.5% | 4.0% | 0.3% | 2.2% | 63.0% | 45 |

