# Exhibit I: Christensen Emails

**Meet our CPO** — Inbox

**Lisa Christensen** 4:25 PM
to me

Hi Michael,

Good news! The feedback was resounding and we'd like to invite you to the final round with our Chief People Office, Michael Davis Velasco. We're trying to find time for you and Michael to connect this week but we're hosting our largest annual conference, Explore, on our Expedia Group campus this week (it's normally in Vegas), so most the execs are focused on conference. We'll do our best!

Please let me know if you have updates on your end with the other offering timing, etc. I'll do everything I can to expedite our end as needed.

Kristin will be in touch soon. Please let me know if you have any questions.

Thanks so much,

Lisa

Lisa Christensen

Executive Search Partner



T (206)747-8451

Email: lchristensen@expediagroup.com

Lifeatexpediagroup.com

1

From: **Lisa Christensen** <lchristensen@expediagroup.com>
Date: Mon, May 22, 2023 at 1:06 PM
Subject: Benefits
To: Michael Kascsak <michaelkascsak@gmail.com>

Hi Michael,

As promised, attached is our us benefits guide. Please let me know if you have any specific questions and I can hunt down some answers for you. Also, here are some highlighted benefits of interest that I wanted to share.

**PTO annual guideline:** based on years of service, plus 9 recognized US holidays and 2 floating holidays per year.

- 0-3 years: 15 days + 2 floating = 17 days, etc.
- 3-6 years: 20 days = 22 days
- 7+ years: 25 days = 27 days

**401(k) Retirement Savings Plan:**

- Each pay period, Expedia Group will match 50% of every dollar you contribute that period to the EXP Retirement Savings Plan, up to 6% of your eligible pre-tax earnings.

**ESPP- Employee Stock Purchase Plan:**

- Contribution Range/Limits: between 1-15% of base salary on an after-tax basis through payroll deductions.
- Discount: 15% discount on the closing price as of the purchase date.

**Travel Reimbursement Plan:**

- Expedia offers eligible US employees an annual reimbursement allowance of $500 for eligible leisure travel expenses, with an additional bonus amount of $500 as a Global Service Award for every five years you work here.

**Wellness Reimbursement Plan:**

- For employees who are eligible for benefits, this program reimburses wellness and fitness expense up to $1000 annually for you and your immediate family.

I hope Field Day is a huge success for your daughter!  You'll hear from me again tomorrow.
Lisa



**Lisa Christensen**
Executive Search Partner
T (206)747-8451
Email: lchristensen@expediagroup.com
Lifeatexpediagroup.com
Pronouns: She/Her/Hers



2