# Exhibit J: Christensen Texts





**Lisa C (Expedia Group)**

**Lisa:** Thank you, Michael, I so appreciate your understanding. This is not the state. I wanted us to be in, but will keep you posted as best I can along the way. I'll circle back tomorrow.

*Thu, May 25 at 3:28 PM*

**Lisa:** Hi Michael. I didn't get time with Allison today after all. She is heads down. I'll come back to you early next week. Enjoy your long holiday weekend ahead!

**Michael:** Thank you, Lisa. I know I'm just one person in the grand scheme of all that is going on. I empathize with you, Allison and the team having to manage all of it. I remain optimistic and look forward to heading back. Enjoy your weekend as well!

**Lisa:** Thank you, as always

*Wed, May 31 at 12:02 PM*

**Lisa:** Hi Michael. I hope you had a nice holiday weekend! I'm not due to catch up from Alison until next week so don't have an update for you yet I'm afraid. I'm wondering if she's going a different direction with this role, possibly Director level. I'll let you know as soon as I know more. Thank you for your continued patience with us.

**Michael:** Thank you for the update. May I ask if there is/was anything that has given Allison second thoughts about me in particular? The reason I ask is that I am not stuck on titles and am honestly looking for a role I can make a difference in and add value. I appreciate all your updates and transparency.

**Lisa:** I'm speculating here but her org structure is corner stone in her decisions right now- vs you the individual- which she's a week away from landing. The challenge with Director for you is the comp- we couldn't get close enough to your expectations I'm afraid. I'll know for sure her thinking on Monday.

**Michael:** Ok, thank you Lisa. Regardless of how the leveling works out, I would still very much like the opportunity to get a view into what it looks like and have a discussion with Allison about it. I am also up for any creativity that she may be able to think through. I am guilty of getting a little too excited about EG and working with you all. It's not a bad thing, it just is what it is at this point. Again, I really appreciate all the updates!

**Lisa:** Yes, that my goal too and I'll have clarity when we meet next. And we love your excitement- I only wish we had been farther down the reorg path to have thoughts solidified. Please stay tuned!







