# Exhibit K: Allison Allen LinkedIn Messages





