# Exhibit L: LinkedIn Referrals

9:11  •• LTE

✕  **New message**  ⋯  

**To:**   Trey McRae  ⊕

—— JUL 1 ——

 **Trey McRae** • 2:49 pm

Hey Mike, I hope you're well man! I saw this posting and wanted to get it your way. I think you'd kill it in this position and it's in Austin.

Check out this job at Expedia Group: https://www.linkedin.com/jobs/view/3650302136

---

**e**  **Senior Director, Global Head of Talent Sourcing**

Job by Expedia Group
Seattle, Washington, United States (Hybrid)

( View job )

---

Let me know how I can help. Happy to be a reference or something if needed.

 **Michael Kascs...** (He/Him) • 2:58 pm

Thanks... ...een us,

↓ **Latest message**

 Write a message...  

1

9:20

← **Teresa Hadly**  ⋯  📹

**Teresa Hadly** (She/Her) • 1:47 pm

I am loving my team and my role here. I am really happy. Maybe the endorphins from exercise make everyone so happy and fun to work with:)

— JUN 29 —

**Teresa Hadly** (She/Her) • 10:30 am

Hi there-

I think you are still looking. This would be great for you:

https://www.linkedin.com/jobs/view/3650302136

I know Rathi the CTO if you want me to put in a word?

Teresa

---

**Senior Director, Global Head of Talent Sourcing**
Job by Expedia Group
Seattle, Washington, United States (Hybrid)

↓ Latest message

---

📎  Write a message…  🎤

2