# Exhibit M: Gates Messages

**Amanda Gates**

> So humbling.

*Fri, Jun 30 at 5:06 PM*

> Hey there! So wanted to give you a heads up- a Sourcer from Expedia reached out to me (didn't say what for) and I had a call with her today and she was pitching the sourcing lead role

> Ok, thank you for the heads up. I assume it was Lisa.

> It's really strange they are continuing to source for that job, but who knows what the hell is going on anymore.

> No not Lisa

> It was a Sourcer nothing concrete, but that was the role

9:32

Amanda Gates

It was a Sourcer nothing concrete, but that was the role

Blows my mind they would verbally offer me the role but now all this. Makes our industry look so bad.

Once this is all finalized (one way or another) i can't wait to get to the bottom of all this.

Totally agree

For all I know I could've been some sourcers passive pipeline building for female talent 😂

but wanted to let you know nonetheless

iMessage

**Amanda Gates**

Totally agree

For all I know I could've been some sourcers passive pipeline building for female talent 😂

but wanted to let you know nonetheless

> I really appreciate it. All is good, it's exhausting thinking about all the moving parts here. I really wish there was more out there so I can go focus on finding something else better, but we all know there isn't much. :-)

Fri, Jun 30 at 9:40 PM

💯 agree

Mon, Jul 31 at 11:59 AM