# Exhibit N: NYC Expedia Emails



| | | |
|---|---|---|
| **From:** | Max Schreiber maxschreiber145@gmail.com | |
| **Subject:** | Re: Expedia Emails [CLIENT/ATTORNEY PRIVILEGED AND CONFIDENTIAL] | |
| **Date:** | August 25, 2023 at 11:12 AM | |
| **To:** | Michael Kascsak michaelkascsak@gmail.com | |
| **Cc:** | alex@liebmannlaw.net | |

**Redacted as privileged conversation**

---------- Forwarded message ----------
From: Executive Recruiting RC <execrecruitrc@expedia.com>
To: "michaelkascsak@gmail.com" <michaelkascsak@gmail.com>
Cc: Lisa Christensen <lchristensen@expediagroup.com>
Bcc:
Date: Wed, 16 Aug 2023 18:09:29 +0000
Subject: Canceled: Expedia Group | Michael Kascsak and Michael Davis Velasco

**Hi Michael – per my text, Lisa will connect with you next week upon her return. We sincerely apologize for the inconvenience and look forward to connecting with you soon.**

Hi Michael,

Thank you for taking the time to meet with us. Please hold this time on **Wednesday, August 16** for your interview with Michael. Please accept this calendar invite to confirm this meeting time.

Your interview will be conducted via Zoom video conference. Please click on the Zoom link within your calendar invite, prior to your interview, to ensure system compatibility. If you experience technical difficulties during your interview, please use the dial-in option provided below.

Zoom videoconference tips –

- Please make sure you are using Google's Chrome as your browser
- First time joining a Zoom meeting? https://support.zoom.us/hc/en-us
- Want to test your video connection? https://zoom.us/test
- Want to dial in from a phone? Find your local number: https://expedia.zoom.us/u/aeyp7pzF00

**Interview Schedule**

| Interviewer | Time | Location |
|---|---|---|
| Michael Davis Velasco<br><br>Chief People, Inclusion and Diversity Officer<br><br>https://www.linkedin.com/in/michael-davis-velasco-3102825a/ | 3:30 PM – 4:00 PM CT<br><br>4:30 PM – 5:00 PM ET | **Join Zoom Meeting (Desktop, Mobile, Browser)**<br><br>https://expedia.zoom.us/j/94990630113?pwd=NXZPSFVoQUh6SkFQdStESnNKNXo3Zz09<br><br>Meeting ID: 949 9063 0113<br><br>Passcode: 150818 |

**What do I need to do in advance of my interview?**

**Reasonable Accommodation Assistance** - In your confirmation reply, please advise if you will need reasonable accommodation assistance on your interview day.

**Want to know more about the culture at Expedia Group?**
If there's one thing Expedia Group is more passionate about than travel, it's the people who make our company great. Explore our Life at Expedia, LinkedIn and Instagram pages to learn more about Expedia Group, our culture, and how you fit in our story.

Good luck on your interview! Should you have any questions, please feel free to contact me.

Best Regards,

Kristin

1



**Kristin Stencil**
Recruiting Program Specialist
T + 1-425-366-9414
Email: kstencil@expediagroup.com

**Lifeatexpediagroup.com**



---------- Forwarded message ----------
From: Executive Recruiting RC <execrecruitrc@expedia.com>
To: "michaelkascsak@gmail.com" <michaelkascsak@gmail.com>
Cc: Lisa Christensen <lchristensen@expediagroup.com>
Bcc:
Date: Mon, 14 Aug 2023 23:16:15 +0000
Subject: Expedia Group | Michael Kascsak and Michael Davis Velasco

Hi Michael,

Thank you for taking the time to meet with us. Please hold this time on **Wednesday, August 16** for your interview with Michael. Please <u>accept</u> this calendar invite to confirm this meeting time.

Your interview will be conducted via Zoom video conference. Please click on the Zoom link within your calendar invite, prior to your interview, to ensure system compatibility. If you experience technical difficulties during your interview, please use the dial-in option provided below.

Zoom videoconference tips –

- Please make sure you are using Google's Chrome as your browser
- First time joining a Zoom meeting? https://support.zoom.us/hc/en-us
- Want to test your video connection? https://zoom.us/test
- Want to dial in from a phone? Find your local number: https://expedia.zoom.us/u/aeyp7pzF00

**Interview Schedule**

| Interviewer | Time | Location |
|---|---|---|
| Michael Davis Velasco<br><br>Chief People, Inclusion and Diversity Officer<br><br>https://www.linkedin.com/in/michael-davis-velasco-3102825a/ | 3:30 PM – 4:00 PM CT<br><br>4:30 PM – 5:00 PM ET | **Join Zoom Meeting (Desktop, Mobile, Browser)**<br><br>https://expedia.zoom.us/j/94990630113?pwd=NXZPSFVoQUh6SkFQdStESnNKNXo3Zz09<br><br>Meeting ID: 949 9063 0113<br><br>Passcode: 150818 |

**What do I need to do in advance of my interview?**

**Reasonable Accommodation Assistance** - In your confirmation reply, please advise if you will need reasonable accommodation assistance on your interview day.

**Want to know more about the culture at Expedia Group?**
If there's one thing Expedia Group is more passionate about than travel, it's the people who make our company great. Explore our  Life at Expedia, LinkedIn and Instagram pages to learn more about Expedia Group, our culture, and how you fit in our story.

Good luck on your interview! Should you have any questions, please feel free to contact me.

Best Regards,

Kristin



**Kristin Stencil**
Recruiting Program Specialist
T + 1-425-366-9414
Email: kstencil@expediagroup.com

 Lifeatexpediagroup.com

   

---------- Forwarded message ----------
**From:** Kristin Stencil <kstencil@expediagroup.com>
**To:** "'Michael Kascsak'" <michaelkascsak@gmail.com>, Executive Recruiting RC <execrecruitrc@expedia.com>
**Cc:** Lisa Christensen <lchristensen@expediagroup.com>
**Bcc:**
**Date:** Mon, 14 Aug 2023 23:06:23 +0000
**Subject:** RE: [External] Re: UPDATE: Expedia Group | New York Office Onsite Meetings | August 15, 2023

Hi Michael,

I am so happy to hear that you've landed safely! Thank you so much for the quick response. I'll get a calendar invite for your meeting with Michael sent over to you right away.

Please reach out if you encounter any issues or have any questions – have a wonderful evening in New York!

Best Regards,

Kristin

**Kristin Stencil (she/her)**

Executive Recruiting Program Specialist

Global Executive Search

kstencil@expediagroup.com | 425.366.9414

**expediagroup.com**

 

---

**From:** Michael Kascsak <michaelkascsak@gmail.com>
**Sent:** Monday, August 14, 2023 3:44 PM
**To:** Executive Recruiting RC <execrecruitrc@expedia.com>
**Cc:** Kristin Stencil <kstencil@expediagroup.com>; Lisa Christensen <lchristensen@expediagroup.com>
**Subject:** [External] Re: UPDATE: Expedia Group | New York Office Onsite Meetings | August 15, 2023

Hi Kristin,

Just touched down and read your update, thank you.

That all sounds great, and I would like to take the meeting with Michael on Wednesday please.

I have the QR codes and will arrive 30 min early.

Thanks again for all your help,

Michael

On Mon, Aug 14, 2023 at 5:19 PM Executive Recruiting RC <execrecruitrc@expedia.com> wrote:

> Hi Michael,
>
> I hope your flight went well and you have arrived safely. Thank you so much for taking the time to visit our New York office and meet with our team! I am reaching out with a couple of updates as you prepare for your meetings tomorrow:
>
> 1. You should have received two QR codes via email from our visitor registration platforms: one from Envoy, the Expedia Group visitor platform;

and one from Rise (contact: Darrin Parrish or Michael Ward), which will grant you access to the elevator bank in the Empire State Building. Please let me know if those did not come through for you upon registration and I would be happy to ensure you're all set up from here.

2. We just received an update that Michael Davis Velasco has encountered an immoveable conflict tomorrow and he has asked if you would be available to meet with him via Zoom on **Wednesday, August 16 from 3:30 pm – 4:00 pm CT** or **Friday, August 18 from 12:00 pm – 12:30 pm CT**. Please let me know if either options work for you and I will send a calendar invite over to confirm the new date and time.

3. We will be adding your meeting with Melissa Hutchinson (Zoom) to your onsite meeting agenda in place of your time with Michael Davis Velasco. **Please note that this will not change your New York Office arrival and departure times for tomorrow. Please plan to arrive at the Expedia Group Office at 12:00 pm ET** and Christina will walk you to a reserved conference room where she will assist in getting you dialed into your Zoom meeting with Melissa.

I have included your updated meeting schedule below and will share this in your calendar invite as well. Please reach out anytime with questions or if you need anything!

- Kristin

**Confirmed Meeting Schedule: Tuesday, August 15, 2023**

| Time | Meeting/Attendees | Location/Meeting Details |
|---|---|---|
| 10:00 AM – 10:30 AM ET | **Zoom Meeting**<br><br>Sarah Sanderson<br><br>Head of Executive Search Sourcing<br><br>https://www.linkedin.com/in/sarah-sanderson-2a147358/ | **Meeting Location (Virtual):**<br><br>Archer Hotel New York<br>45 West 38th St, New York, NY 10018<br><br>**Join Zoom Meeting (Desktop, Mobile, Browser)**<br><br>https://expedia.zoom.us/j/91402048493?pwd=NDRtSkthYy9WRHJOU1hHSGVra1FiUT09<br><br>Meeting ID: 914 0204 8493<br><br>Passcode: 263196<br><br>Please plan to join this meeting from the Archer Hotel. |
| 12:00 PM ET | **Arrive at Expedia Group New York Office**<br><br>Christina Lochard<br>Senior Executive Assistant | **Expedia Group – New York Office**<br>Located within the Empire State Building<br>350 Fifth Avenue, Suite 7220<br>New York, NY 10118<br><br>Please arrive **30 minutes** early and follow the instructions below:<br><br>· Please have your driver drop you off on the 33rd or 34th Street side of the building.<br><br>. Enter and proceed to elevator bank group "67-80" turnstile on the ground floor of the Empire State Building. There, you will scan your ESB Rise QR code<br><br>· Once through, enter floor 72 on the keypad to be assigned an elevator car up to the Expedia Group office<br><br>· Once on **Floor 72**, proceed to our **Suite 7220** and **ring the doorbell** for entry<br><br>· Once in, please **ask for your onsite host, Christina Lochard** |
| | **Zoom Meeting** | **Join Zoom Meeting (Desktop, Mobile, Browser)**<br><br>https://expedia.zoom.us/j/95030151893?pwd=ZUNHQTFFSlpBRjk2Z1ltV25QL2pkQT09<br><br>Join by VTC Room System<br><br>via SIP: sip:95030151893.493754@zoomcrc.com<br><br>via H.323: zoomh323.expedia.biz |

4

| | | |
|---|---|---|
| **12:30 PM – 1:00 PM ET** | Melissa Hutchinson<br><br>Senior Director, Technology Talent Acquisition<br><br>https://www.linkedin.com/in/melissadhutchinson/ | Meeting ID: 950 3015 1893<br><br>Passcode: 493754<br><br>**Reserved Conference Room:**<br><br>NY - Times Square<br><br>Following your call with Melissa, Allison will meet you in the same location for your conversation together. |
| **1:00 PM – 2:00 PM ET** | **Meeting**<br><br>Allison Allen<br><br>Senior Vice President, Global Talent Acquisition<br><br>https://www.linkedin.com/in/allisonallen01/ | **Reserved Conference Room:**<br><br>NY - Times Square |
| **2:00 PM – 2:30 PM ET** | **Wrap-up and Departure** | **Reserved Conference Room:**<br><br>NY - Times Square<br><br>Following your conversations, Christina will walk you down to the lobby of the building for your 2:30 pm car service. |
| **2:30 PM ET** | **Depart for Airport**<br><br>Carey International Car Service | **Expedia Group – New York Office**<br><br>Located within the Empire State Building<br>350 Fifth Avenue, Suite 7220<br>New York, NY 10118<br><br>Your driver will meet you at 2:30 pm on the 33rd Street side of the building just before the corner of 5th Avenue for transportation back to JFK International Airport. |

Best Regards,

Kristin

**Kristin Stencil (she/her)**

Executive Recruiting Program Specialist

Global Executive Search

kstencil@expediagroup.com l 425.366.9414

**expediagroup.com**

 

**From:** Executive Recruiting RC
**Sent:** Thursday, August 10, 2023 1:55 PM
**To:** 'michaelkascsak@gmail.com' <michaelkascsak@gmail.com>
**Cc:** Lisa Christensen <lchristensen@expediagroup.com>; Kristin Stencil <kstencil@expediagroup.com>
**Subject:** Expedia Group l New York Office Onsite Meetings l August 15, 2023
**Importance:** High

Hi Michael,

5

We are looking forward to your upcoming visit to our New York office on **Tuesday, August 15.** Please find your travel itinerary attached with details for your flights, hotel and ground transportation service. Please carefully review and confirm that your personal information is correct.

Your meeting schedule is provided below and will also be sent to you via calendar invite. Should you have any questions, please do not hesitate to reach out. Michael Ward will be your point of contact for visitor registration and Christina Lochard will be your day-of host and will escort you to each meeting. Contact information for your support team can be found below. Should you have any questions at all, please do not hesitate to reach out.

**Confirmed Meeting Schedule: Tuesday, August 15, 2023**

| Time | Meeting/Attendees | Location/Meeting Details |
|---|---|---|
| 10:00 AM – 10:30 AM ET | **Zoom Meeting**<br><br>Sarah Sanderson<br><br>Head of Executive Search Sourcing<br><br>https://www.linkedin.com/in/sarah-sanderson-2a147358/ | **Meeting Location (Virtual):**<br><br>Archer Hotel New York<br>45 West 38th St, New York, NY 10018<br><br>**Join Zoom Meeting (Desktop, Mobile, Browser)**<br><br>https://expedia.zoom.us/j/91402048493?pwd=NDRtSkthYy9WRHJOU1hHSGVra1FiUT09<br><br>Meeting ID: 914 0204 8493<br><br>Passcode: 263196<br><br>Please plan to join this meeting from the Archer Hotel. |
| 12:00 PM ET | **Arrive at Expedia Group New York Office**<br><br>Christina Lochard<br><br>Senior Executive Assistant | **Expedia Group – New York Office**<br><br>Located within the Empire State Building<br>350 Fifth Avenue, Suite 7220<br>New York, NY 10118<br><br>Please arrive **30 minutes** early and follow the instructions below:<br><br>· Please have your driver drop you off on the 33rd or 34th Street side of the building.<br><br>· Enter and proceed to elevator bank group "67-80" turnstile on the ground floor of the Empire State Building. There, you will scan your ESB Rise QR code<br><br>· Once through, enter floor 72 on the keypad to be assigned an elevator car up to the Expedia Group office<br><br>· Once on **Floor 72**, proceed to our **Suite 7220** and **ring the doorbell** for entry<br><br>· Once in, please **ask for your onsite host, Christina Lochard** |
| 12:30 PM – 1:00 PM ET | **Meeting**<br><br>Michael Davis Velasco<br><br>Chief People, Inclusion and Diversity Officer<br><br>https://www.linkedin.com/in/michael-davis-velasco-3102825a/ | **Reserved Conference Room:**<br><br>NY - Times Square<br><br>Following your conversation with Michael, Allison will meet you in the same location for your meeting together. |
| 1:00 PM – 2:00 PM ET | **Meeting**<br><br>Allison Allen<br><br>Senior Vice President, Global Talent Acquisition<br><br>https://www.lin | |

6