# Exhibit P: Interview Notes

**Notes for One of the Introductory Phone Calls w/ Christensen, Early April 2023**

Lisa Christiansen
15 BIL Market Cap
12 Bill Revenue
Expedia Group
expedia, Hotels.com, Vrbo, Travelocity
Allison Allen
Product & Tech / Partners & Airlines / Brands / Corp
Global Sourcing Function - CHAT GPT - enabler help not do
Americas - US · Guatemala · Mexico City · Brazil
Diversity Equity Inclusion
EMEA - Dublin, London
APAC - Chennai, Banglore, Hydrabad — India; Shanghai — China; Tel Aviv — Isreal; Singapore
KPI
6 Stages Funnel
App Create - P1 - T1 - Onsite - OE - OA
70% 60% 30% 10% 8%
Google - April 2020 - 2023 - Head of SWE Sourcing, Head of RPO
Cloud Computer Consumer
$3. BP - Enablement
PayPAL - Oct. 2017 - April 2020 - Head of Ameri. Global Tech Head
CBRE - Jan 2015 - July 2017 Head of TA
Capital One ~~Dec 2005~~ JAN 2010 - 2015 Dir. Rec. FS
Tiger Team - URG (LATINX, Female, Black + NATIVE) 10% ↑
Google → RPO -
PP - Global - Bring Together
Venmo - Bill Reader

**Notes for Interview w/ Allison Allen, April 25, 2023**

Peter Kern CEO

Kristin - RC

Allison Allen

Lisa - Rec

Make me an offer

Monday.

Sean Splane

Sarah Duffun

James Hawkes

Tina Ahn

Michael Davis Velasco

Exec Influence

(1) Bill Ready
CYC
Clark
Lisa

(1) Your Assessment →

(2) Stakeholders feel don't TA

Capital One

(2) CB DAVIS
↓
Structure
Horizontal to Vertical

(3) Biggest Obstacle(s) Right Now

(4) Philosophy ~ leadership

Bill
CYC
Clark

(3) Google → RPO pause implementation for more training.

**Notes for Phone Call w/ Christensen Immediately After May 3/4 Interviews**



## Notes for Interview w/ James Hawkes, May 3/4, 2023



**Notes for Interview w/ Tina Ahn, May 3/4, 2023**



**Notes for Christensen Phone Call Giving Verbal Offer, May 22, 2023**

Travel → 4.7k

Travel agent rate →

253
75
$328

① 253
30
7590

Aug. 3-14th
40th
Sept
Oct

$328
① 58.
808

∈ Non tracked PTO →
$ 20,000

Benefits → - Aetna -
Seattle

Dwtn

← Casual → year round

③ 3 weeks
17 days per year

Base
$330 → Range

Sign on Cash
$100K
↓ split

London
India
Guzon

$520K 1yr. →
↓
500
↓

June 19th

2-3% Merit →

· Non Tech ·

Annual Refresh $100,000 x2
Equity
$ 225,000

RSU
4/yr vest

40%
↓ 1yr.
↓ Quarterly

40
30
00