# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MICHAEL KASCSAK, <br><br> *Plaintiff*, <br><br> v. <br><br> EXPEDIA, INC., AND MICHAEL DAVIS VELASCO, <br><br> *Defendants*. | Case No.: 1:23-cv-1373-DII <br><br> **JURY TRIAL DEMANDED** |

## DECLARATION OF ATTORNEY MAX SCHREIBER REGARDING PLAINTIFF MICHAEL KASCSAK'S FIRST AMENDED COMPLAINT

Attorney Max Schreiber declares as follows pursuant to 28 U.S.C. § 1746:

1. This declaration is submitted with Plaintiff Michael Kascsak's First Amended Complaint and the red-lined First Amended Complaint (compared to the Original Complaint).

2. Plaintiff's attorneys were kindly notified today over phone and in writing by defense counsel that Expedia Group, Inc., is a holding company with only 1 employee that does not itself operate any businesses or sell any services. The corporate entity our client intends to sue is Expedia Group's subsidiary Expedia, Inc., which operates the companies and employs/employed the relevant actors in this case.

3. The parties' attorneys have agreed that Plaintiff Michael Kascsak will amend his complaint to replace Defendant Expedia Group, Inc., a Delaware corporation, with Defendant Expedia, Inc., a Washington corporation, to save the expense of litigating this issue in a motion to dismiss. Defendants will honor the existing schedule for their response to our

1

original complaint, which remains due on January 22, 2024, so this Court's proceedings are not delayed.

4. Plaintiff has written permission from Defendants' attorneys to file the First Amended Complaint without leave of this Court in accordance with FRCP 15(a).

Executed on January 10, 2024, in Dayton, Ohio.

//s Max Schreiber

Max Schreiber

**PROOF OF SERVICE**

I hereby certify that on January 10, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Western District of Texas using the CM/ECF system. Because defense counsel has not yet appeared in this case, I have served this declaration on them via email with their permission.

*/s/Max Schreiber*
Max A. Schreiber
Counsel of Record
