

**Register for In-Person** (Waitlist)     **Register for Networking Event Only**     Reg

## About the event

In celebration of Latinx & Hispanic Heritage Month, Expedia Group is hosting the second annual Latina Leadership Summit in our Austin office on **Thursday, October 12, 2023** focused on "Thriving Through the Glass Ceiling."

The event, in partnership with L500, will feature more than 20 amazing Latinx speakers from more than 15 companies including Affinipay, Cisco, Dell, Expedia Group and NI (National Instruments), who will share career tips, insights, and solutions on how to increase Latina representation in the tech industry.

**Join us for a half day of panel discussions, fireside chats, a special keynote guest speaker, and a networking event in honor of Hispanic Heritage Month.**

Sign up either in-person, for our networking event, or virtually at the bottom of the page. Space is limited.



## Speakers

*More speaker announcements coming soon!*





## Claudia Romo Edelman

Founder of the We Are All Human Foundation.

Claudia has worked for 25 years with internationally recognized institutions including the United Nations, UNICEF, the Global Fund and the World Economic Forum.

## Michael Davis Velasco

Chief People, Inclusion and Diversity Officer at Expedia Group.

Michael leads the people and culture strategy for the company, including attracting and retaining talent, creating an inclusive and diverse workplace, and continuously improving the employee experience.



## Schedule

1:00 - 1:30pm: Registration and
1:30 – 1:40pm: Welcome
1:40 – 2:20pm: [Panel] Defining
of a Strong Leader
2:20 - 2:55pm [Fireside Chat] B
2:55 - 3:10pm BREAK
3:10 - 4:00pm: Roundtable Dis
Networking
4:00 – 4:15pm BREAK
4:15 - 5:00pm: [Panel] Working
Latinas Careers
5:00 – 5:25pm Refreshment B
Arrivals
5:25 – 5:30pm: Welcome from
5:30 – 6:00pm Keynote Speak
Claudia Romo Edelman, Found
Moderator: Michael Davis Vela
Inclusion & Diversity Officer, Ex
6:00 – 8:00pm: Networking mi

## The location

11920 Alterra Pkwy, Austin, Texas, 78758, United States

**also happening Online**

## In-Person Summit - Waitlist

Sign up to be on the in-person summit waitlist below! Space for our in-person summit is limited.

**Register For In-Person**

In celebration of Latinx & Hispanic Heritage Month, Expedia Group is hosting Latinx & Well-Traveled Networking Event in our Austin office on Thursday, October 12, 2023. With Latinas holding only 2% of STEM jobs, there's clearly a great need to uplift women in Latinx and Hispanic communities. Join us an evening of drinks, free swag, and network with top Latinx executives and our Expedia Group recruiters.

Emceed by Salwa Yordi, tune into our special keynote session featuring Claudia Romo Edelman, Founder of We Are All Human, and Michael Davis Velasco, Chief People, Inclusion and Diversity Officer at Expedia Group.

**Register For Networking Event Only**

**Registration For Virtual Summit**

Copyright © 2024 Expedia Group. All rights reserved.       Powered by [Beamery](Beamery)