CAREERS    Teams    Life at EG    Locations    Emerging Talent & Careers    Executive Careers    Blog

← Back to blog posts

Employee Experiences    Events    Inclusion and Diversity

# Reflections from AfroTech 2023

By Christopher Krieger | Sr. Manager, Events & Experiences – Global Talent Acquisition



Expedians at Afrotech 2023

As the new Senior Manager of Global Events & Experiences at Expedia Group, AfroTech was a thrilling dive into what it means to live our values powering global travel for everyone, everywhere. In just my fourth week, the rich conversations at AfroTech unveiled numerous opportunities an collaborations, making me already feel like an integral part of the team. The event's energy perfectly highlighted Expedia Group's commitment diversity, echoing our 'Black and Well-Traveled' platform.



Chris interacting with a visitor at our booth

Chris with members of our Global Talent Acquisition team

At AfroTech, Expedia Group's brand vibrantly came to life, affirming our identity and purpose. The genuine interactions and shared values at the event underscored its significance. The support from my colleagues at Expedia Group allowed me to express my true self and bring forth creative solutions, reflecting our authentic culture. The connections made felt like an extended family, all moving toward collective growth.



Black Expedia Allied Movement (BEAM) leadership members

Expo booth

This experience was enhanced by EG's Learning Lab, where VP of Global Inclusion & Diversity Talent Ally Siegel, VP of Strategic Partnerships and Nelson, and Green Book Global CEO and Founder Lawrence Phillips delved into how we are making travel more inclusive for Black travelers. We memorable #Blackandwelltraveled networking event at RichesArt Gallery, where EG leaders and influencers spoke on fostering diverse talent, transformative power of travel, echoing our core values.

EG's Learning Lab Presenters

EG's Learning Lab Audience

EG's Learning Lab Sta

#BlackAndWellTraveled Networking Event Panelists

#BlackAndWellTraveled Networking Event Panelists

#BlackAndWellTraveled Networking

#BlackAndWellTraveled Swag

Chris and Tashana, Diversity Sourcer, at #BlackAndWellTraveled Networking Event

#BlackAndWellTraveled Netwo

These moments at AfroTech are crucial to my role, demonstrating Expedia's commitment to connection and innovation. The event transcended t focusing on community and progress. Inspired, I aim to make every candidate interaction an extension of the experience I had at AfroTech with

**Join our Career Network**

We're looking for outstanding talent to join us on our mission to power global travel for everyone, everywhere. By joining our career network, you'll have exclusive c opportunities, events, interview advice, and global insights from our Expedia Group leaders. **Sign up now!**

← Previous Post

**Voices of Change: Mychal Miller**

Next Post →

**Career Check-in with Be Director, Diversity Sourc**

## QUICK LINKS

Already Applied? View Your Account

Interviewing At Expedia Group

Frequently Asked Questions

Who We Are

Travel With Us

Partner With Us

Investors

Media

Careers

© 2024 Expedia, Inc., an Expedia Group company. All rights reserved. Expedia, Expedia Group, and the Expedia E Logo are trademarks or registered trademarks of Expedia, Inc are property of their respective owners.

Term of Use | Privacy