

**Michael Davis Velasco**
Chief People, Inclusion & Diversity Officer at Expedia Group
1y • Edited

At **Expedia Group**, we believe travel is a force for good. Bringing our vision to life starts with hiring and developing the best and brightest talent. Our goal is for our workforce to reflect the diversity of our traveler population around the world. As a sponsor of **#Afrotech22**, we are looking forward to connecting and sharing our vision with top tech talent and professionals in attendance. I had the pleasure of watching Expedians **Alexandra (Ally) Legend Siegel** and **Kira West** take to the Learning Lab stage to share how Expedia Group is powering travel through technology, and dive into our values and DEI journey. I could not be prouder of the team who have worked tirelessly to bring the EG experience to life in a way that inspires and engages attendees and prospective candidates. If you are at AfroTech, visit booth 907 to get to know EG and learn more about our growing Black and Well-Traveled community.





