**You have experiences — and we want to hear about them! Be a part of IBM user experience research to help shape exceptional products.**

Sign up

IBM Developer

Topics | Products & Services | Engagement | Open source at IBM

- APIs
- Courses
- Datasets
- Learning Paths
- Models
- Partners
- Code Patterns
- Podcasts
- Open Project
- Series
- Tutorials
- Videos
- Community

Event | Conference

# AfroTech Conference 2023

Austin

November 1, 2023, 7:00 AM PDT

Follow    +    Like

Visit event site

Site feedback

## About cookies on this site

Our websites require some cookies to function properly (required). In addition, other cookies may be used with your consent to analyze site usage, improve the user experience and for advertising.

For more information, please review your cookie preferences options. By visiting our website, you agree to our processing of information as described in IBM's privacy statement.

To provide a smooth navigation, your cookie preferences will be shared across the IBM web domains listed here.

Accept all

Required only

AFROTECH™ Conference is the largest Black tech conference of the year! Get ready to connect with a global community of 20,000+ Black tech innovators during a series of digital and in-person events filled with dynamic programming on emerging trends, networking opportunities with industry leaders and conversations with top tech recruiters.

AFROTECH™ Conference 2023 will take place Wednesday, November 1 through Sunday, November 5, 2023.

==AFROTECH™ Conference 2023 will be in Austin, TX for the second year in a row.== Programming and Events will be held at the following locations:

- Austin Convention Center – 500 E Cesar Chavez St, Austin, TX 78701
- Hilton Austin – 500 E 4th St., Austin, TX 78701
- Fairmont Austin – 101 Red River St, Austin, TX 78701
- ACL Live – 301 W Willie Nelson Blvd, Austin, TX, 78701

## Speakers

**IBM Developer Staff**



Austin Convention Center, Austin, 78701, United States



Legend ⓘ

**Categories** ⌄

**Interested in generative AI?**

Learn generative AI skills →

Complete survey ↗



Build

Smart↓

Build

Secure↑

**IBM Developer**

About

FAQ

Third-party notice

**Follow Us**

Twitter

LinkedIn

YouTube

**Explore**

Newsletters

Patterns

APIs

Articles

Tutorials

Open source projects

Videos

Events

Community | Career Opportunities | Privacy | Terms of use | Accessibility | Cookie preferences | Sitemap