



Search Jobs ⌕

**LOCATIONS**

# Places that inspire us
# to do our best work

You love what you do, now love where you work!

We have offices on almost every continent, along with opportunities for remote and hybrid working, so wherever you dream of being, come and join us.



# Our hybrid work policy

We value the flexibility of remote work, but there's no substitute for in-person connection. Our hybrid working policy enables most employees to spend 50% of their time working from home, and 50% in their local office.

We're a truly global company, and our Discover EG program allows Expedians to explore our amazing offices around the world and work from another location for up to four weeks each year.

**FEATURED LOCATIONS**

## Austin, Texas                                            →

Chicago, Illinois                                           →

Gurgaon, India                                              →

London, England                                             →

Madrid, Spain                                               →

Prague, Czechia                                             →

Seattle, Washington                                         →

Singapore                                                   →

Springfield, Missouri                                       →

Sydney, Australia                                           →

Tokyo, Japan                                                →

**LET'S STAY IN TOUCH!**

If you haven't found the perfect opportunity yet, or you aren't quite ready to apply, stay in the loop by joining our Career Network. You'll get a heads-up about new opportunities, and we'll keep you up to speed with what's happening at Expedia Group as we transform travel through tech.

Subscribe



**QUICK LINKS**

  

Already Applied? View Your Account ⊕

Interviewing At Expedia Group ⊕

Frequently Asked Questions ⊕

Who We Are
Travel With Us
Partner With Us
Investors
Media
Careers

© 2024 Expedia, Inc., an Expedia Group company. All rights reserved. Expedia, Expedia Group, and the Expedia E Logo are trademarks or registered trademarks of Expedia, Inc. All other trademarks are property of their respective owners.

Terms of Use / Privacy