UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL KASCSAK**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 1:23-cv-1373-DII |
| **EXPEDIA, INC.**, and **MICHAEL DAVIS VELASCO**, | § § § § | |
| Defendants. | § | |

**EXPEDIA, INC.'S
CORPORATE DISCLOSURE STATEMENT**

Defendant Expedia, Inc. files this disclosure statement as required by Federal Rule of Civil Procedure 7.1 and certifies the following:

1. Expedia, Inc. is a Washington corporation, which is wholly owned by Expedia Group, Inc., a publicly held Delaware corporation. No publicly traded corporation owns 10% or more of Expedia Group, Inc.'s stock.

> SCOTT DOUGLASS & MCCONNICO LLP
> 303 Colorado Street, Suite 2400
> Austin, Texas 78701
> (512) 495-6300 Telephone
> (512) 495-6399 Facsimile
>
> By: /s/ David D. Shank
> David D. Shank
> Texas Bar No. 24075056
> dshank@scottdoug.com
> Amy Lee Dashiell
> Texas Bar No. 90001564
> adashiell@scottdoug.com
> Robert P. Earle
> Texas Bar No. 241245566
> rearle@scottdoug.com
>
> *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on February 5, 2024, I served a copy of the foregoing on the parties listed below by CM/ECF.

Ashely Courtney, Esq.
Alexander Liebmann, Esq.
Max Schreiber
LIEBMANN & LIEBMANN, P.A.
714 N. Spring St.
Pensacola, FL 32501

*Counsel for Plaintiff Michael Kascsak*

                                                                     */s/ Amy Lee Dashiell*
                                                                      Amy Lee Dashiell

4868-6886-9539