UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL KASCSAK**, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 1:23-cv-1373-DII |
| **EXPEDIA, INC.**, and **MICHAEL DAVIS VELASCO**, | § § § § | |
| Defendants. | § § | |

## AGREED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, the following Agreed Scheduling Order is issued by the Court:

1. A report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before **September 6, 2024**.

2. The parties asserting claims for relief shall submit a written offer of settlement to opposing parties on or before **July 19, 2024**, and each opposing party shall respond, in writing, on or before **August 2, 2024**. All offers of settlement are to be private, not filed. The parties are ordered to retain the written offers of settlement and responses so the Court may use them in assessing attorney's fees and costs at the conclusion of the trial.

3. Each party shall complete and file the attached "Notice Concerning Reference to United States Magistrate Judge" on or before **April 5, 2024**.

4. The parties shall file all motions to amend or supplement pleadings or to join additional parties on or before **July 12, 2024**.

5. All parties asserting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **September 13, 2024**. Parties resisting claims for relief shall file their designation of testifying experts and serve on all parties, but not file, the materials required by Federal Rule of Civil Procedure 26(a)(2)(B) on or before **November 15, 2024**. All parties shall file all designations of rebuttal experts and serve on all parties the material required by Federal Rule of Civil Procedure 26(a)(2)(B) for such rebuttal experts, to the extent not already served, 15 days from the receipt of the report of the opposing expert.

6. An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 shall be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, within **11 days** from the receipt of the written report of the expert's proposed testimony, or within **11 days** from the completion of the expert's deposition, if a deposition is taken, whichever is later.

7. The parties shall complete all discovery on or before **December 13, 2024**.

8. All dispositive motions shall be filed on or before **January 17, 2024** and shall be limited to 20 pages. Responses shall be filed and served on all other parties

not later than 14 days after the service of the motion and shall be limited to 20 pages. Any replies shall be filed and served on all other parties not later than 7 days after the service of the response and shall be limited to 10 pages, but the Court need not wait for the reply before ruling on the motion.

9. The Court will set this case for final pretrial conference at a later time. The final pretrial conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties. The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of the final pretrial conference. **The parties shall not complete the following paragraph. It will be completed by the Court at the initial pretrial conference to be scheduled by the Court.**

10. This case is set for _____ trial commencing at 9:30 a.m. on _____, 20\_\_. **Jury selection may be conducted by a United States Magistrate Judge the Friday before the case is set for trial. Given that (1) many cases resolve before trial and (2) the Austin Division has only one active district court judge, the Court may set a criminal case and several civil cases for the same trial week. The Court recognizes the inconvenience this may cause counsel and parties if a trial is moved shortly before the trial date, but the Court must balance that inconvenience with its need to effectively deploy limited judicial resources.**

The parties may modify the deadlines in this Order by agreement, with the exception of the dispositive motions deadline and the trial date. Those dates are firm. The

Court may impose sanctions under Federal Rule of Civil Procedure 16(f) if the parties do not make timely submissions under this Order. For cases brought pursuant to the Freedom of Information Act (FOIA), the parties may instead follow the standard disclosure process and will have an initial pretrial conference only by request.

SIGNED on _____, 20_____.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

4878-8166-6984

AGREED:

By: */s/ Ashley Courtney(with permission)*
      Ashley Courtney Esq.
      Barred in the Western District of Texas
      FL #1030747
      ashleycourtney@protonmail.com
      (850) 781-2109

      Alexander Liebmann, Esq.*
      *bar admission pending* and *pro hac vice*
      FL #1032726
      alex@liebmannlaw.net
      (845) 270-3843

      Max Schreiber, Esq.*
      *pro hac vice*
      Max Schreiber, Esq.*
      *pro hac vice*
      IN #37357-45
      maxschreiber145@gmail.com
      (401) 408-9370

*Counsel for Plaintiff*

4878-8166-6984

S<small>COTT</small> D<small>OUGLASS</small> & M<small>C</small>C<small>ONNICO</small> LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300 Telephone
(512) 495-6399 Facsimile

By:    */s/ David D. Shank*
      David D. Shank
      Texas Bar No. 24075056
      dshank@scottdoug.com
      Amy Lee Dashiell
      Texas Bar No. 90001564
      adashiell@scottdoug.com
      Robert P. Earle
      Texas Bar No. 241245566
      rearle@scottdoug.com

*Counsel for Defendants*

4878-8166-6984