UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL KASCSAK, *Plaintiff*, v. EXPEDIA, INC., AND MICHAEL DAVIS VELASCO, *Defendants*. | Case No.: 1:23-cv-01373-DII |

## MOTION FOR ATTORNEY WITHDRAWAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Ashley Courtney, counsel to Plaintiff Michael Kascsak, and moves this Court to grant her withdrawal in this case. Ms. Courtney is withdrawing because she has departed from Liebmann & Liebmann for a new legal job with Florida's Office of Criminal Conflict and Civil Regional Counsel, First Region. Mr. Kascsak maintains competent counsel and has chosen to remain represented by his other two attorneys, Alex Liebmann and Max Schreiber, after given the option to find new counsel. The Court has their addresses on file already; Mr. Liebmann is barred in this Court and Mr. Schreiber remains admitted *pro hac vice*.

Respectfully submitted on this 19th day of March 2024,

//s Ashley Courtney
Ashley Courtney, Esq.
Barred in the Western District of Texas
714 N. Spring St.
Pensacola, FL 32501
FL #1030747
ashleycourtney@protonmail.com
850-781-2109

1

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MICHAEL KASCSAK, *Plaintiff*, v. EXPEDIA, INC., AND MICHAEL DAVIS VELASCO, *Defendants*. | Case No.: 1:23-cv-01373-DII |

## PROPOSED ORDER FOR ATTORNEY WITHDRAWAL

BE IT REMEMBERED on this the _____ day of _____, 2024, there was presented to the Court the Motion for Withdrawal under Local Rule AT-3; filed by Ashley Courtney, counsel for Plaintiff Michael Kascsak and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Withdrawal is GRANTED, and that Ms. Courtney is removed as counsel for Mr. Kascsak in the above case.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I hereby certify that on March 19, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Western District of Texas using the CM/ECF system.

> */s/Ashley Courtney*
> Ashley Courtney
> Counsel of Record