UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MICHAEL KASCSAK**, § § | |
| Plaintiff, § § | |
| v. § | No. 1:23-cv-1373-DII |
| § | |
| **EXPEDIA, INC.**, and § | |
| **MICHAEL DAVIS VELASCO**, § § | |
| Defendants. § § | |

# NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party _Michael Kascsak_____ through counsel _____Max Schreiber_____

_x__   consents to having a United States Magistrate Judge Preside over the trial in this case.

___   declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

____Max Schreiber_____

Attorney for:

____Michael Kascsak_____