IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL KASCSAK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1373-DII |
| MICHAEL DAVIS VELASCO and EXPEDIA, INC., | § § § § | |
| Defendants. | § § | |

**ORDER**

On April 9, 2024, the Court entered a Scheduling Order for this case based on the parties' joint proposed scheduling order. (Dkt. 27). The Scheduling Order required that the parties each file a Notice Concerning Reference to United States Magistrate Judge on or before April 5, 2024. (*Id.* at 1). Plaintiff Michael Kascsak filed a consent notice on April 7, 2024. (Dkt. 23). Defendant Expedia, Inc. has not timely filed its Notice Concerning Referral to United States Magistrate Judge. Even before the Court enters the scheduling order, the parties are bound by the deadlines in their agreed proposed scheduling order.

Accordingly, **IT IS ORDERED** that Defendant Expedia, Inc. file a Notice Concerning Reference to United States Magistrate Judge on or before **May 9, 2024**.

**SIGNED** on April 25, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE