UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MICHAEL KASCSAK**, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 1:23-cv-1373-DII |
| § | |
| **EXPEDIA, INC.** § | |
| § | |
| Defendant. § | |

## NOTICE CONCERNING REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party, Expedia, Inc., through counsel David D. Shank, Amy Lee Dashiell, Robert P. Earle and Scott Douglass & McConnico LLP

___ consents to having a United States Magistrate Judge preside over the trial in this case.

 X   declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300 Telephone
(512) 495-6399 Facsimile

By: */s/ David D. Shank*
David D. Shank
Texas Bar No. 24075056
dshank@scottdoug.com
Amy Lee Dashiell
Texas Bar No. 90001564
adashiell@scottdoug.com

4886-6630-1627

                                                          Robert P. Earle
                                                          Texas Bar No. 241245566
                                                          rearle@scottdoug.com

                                   *Counsel for Defendant Expedia, Inc.*

## **CERTIFICATE OF SERVICE**

       I certify that on May 1, 2024, I served a copy of the foregoing on the parties listed below.

Alexander Liebmann, Esq.
Max Schreiber
LIEBMANN & LIEBMANN, P.A.
714 N. Spring St.
Pensacola, FL 32501

*Counsel for Plaintiff Michael Kascsak*

                                                     */s/ Amy Lee Dashiell*
                                                       Amy Lee Dashiell