UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL KASCSAK, *Plaintiff*, v. EXPEDIA, INC., *Defendant*. | Case No.: 1:23-cv-01373-DII |

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**

Pending before the Court is Plaintiff's Motion to Compel Discovery. Doc. No. 50. After reviewing the Motion, the Response, the record and the applicable law, the Court is of the opinion that Plaintiff's Motion should be granted and Defendant Expedia, Inc. must: 1) respond fully and completely to Interrogatory No. 22 and provide information about its search and production efforts—the custodians whose documents were searched, the search terms used, the repositories of electronically stored information (ESI) searched, and whether Defendant is declining to search repositories on the basis of non-accessibility; 2) produce all documents withheld on the basis of a boilerplate objection; and 3) to fully respond to Plaintiff's Amended First Requests for Production (RFPs) Nos. 2, 3, 9–11, 15, 17, 19–21, and 28, and to Plaintiff's Amended First Interrogatories (ROGs) Nos. 6, 7, 12, 15, 16, and 19.

SO ORDERED.

Signed this _____ day of _____ 2024.

_____
DISTRICT JUDGE

1