UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL KASCSAK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 1:23-cv-1373-DII |
| | § | |
| **EXPEDIA, INC.,** | § | |
| | § | |
| Defendant. | § | |

## ORDER GRANTING DEFENDANT EXPEDIA, INC.'S MOTION TO STRIKE EXHIBITS ATTACHED TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION TO COMPEL

Before the Court is Defendant Expedia, Inc.'s Motion to Strike Exhibits Attached to Plaintiff's Reply in Support of Motion to Compel. Having considered the Motion and responses, the Court finds that the Motion should be and is hereby **GRANTED**.

**THE COURT THEREFORE STRIKES** Plaintiff's Exhibit A and B (Dkt. 52-1 and 52-2) to his Reply.

SIGNED this _____ day of _____, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT COURT JUDGE

4859-5949-4616