UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MICHAEL KASCSAK,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 1:23-cv-1373-DII |
| § | |
| **EXPEDIA, INC.,** § | |
| § | |
| Defendant. § | |

**DEFENDANT EXPEDIA, INC.'S RESPONSE TO PLAINTIFF MICHAEL KASCSAK'S MOTION TO FILE DOCUMENTS UNDER SEAL**

Pursuant to the Federal Rules of Civil Procedure, Defendant Expedia, Inc. ("Expedia") files this Response to Plaintiff Michael Kascsak's Motion to File Documents Under Seal.

Expedia does not oppose sealing the documents identified in Plaintiff's sealing motion at this time. Expedia has designated these documents as "Confidential" under the parties' Confidentiality and Protective Order ("Protective Order"), (Dkt. 28). Because Plaintiff wishes to use these documents as part of his motion to compel briefing, he has moved to seal the documents pursuant to paragraph 13 of the parties' Protective Order.

Plaintiff has notified Expedia that he objects to Expedia's designation of these documents as Confidential, and the parties are in the process of conferring regarding this issue as required by paragraph 11 of the Protective Order. Should they not reach an agreement on this issue, Expedia will file a motion to preserve the confidential designation of the documents on, or before, August 21, 2024.

4859-7293-4872

2

                Respectfully submitted,

                SCOTT DOUGLASS & McCONNICO LLP
                303 Colorado, Suite 2400
                Austin, Texas  78701-2589
                512-495-6300
                512-495-6399 Fax

                By:     */s/ Amy Lee Dashiell*
                          David D. Shank
                          Texas Bar No. 24075056
                          dshank@scottdoug.com
                          Amy Lee Dashiell
                          Texas Bar No. 90001564
                          adashiell@scottdoug.com

                *Counsel for Defendant Expedia, Inc.*

4859-7293-4872

## **CERTIFICATE OF SERVICE**

I certify that on August 14, 2024, I served a copy of the foregoing on the parties listed below by CM/ECF.

Alexander Liebmann, Esq.
Max Schreiber
Liebmann & Liebmann, P.A.
714 N. Spring St.
Pensacola, FL 32501

Adam P. Laxalt
Brian W. Barnes
Nicole J. Moss
Samuel D. Adkisson
Cooper & Kirk, PLLC
1523 New Hampshire Ave NW
Washing, DC 20036

Jacob Meckler
Nicholas R. Barry
America First Legal.
611 Pennsylvania Ave SE #231
Washing, DC 20003

*Counsel for Plaintiff Michael Kascsak*

                                                                */s/ Amy Lee Dashiell*
                                                                Amy Lee Dashiell

4859-7293-4872