UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL KASCSAK,<br><br>*Plaintiff*,<br><br>v.<br><br>EXPEDIA, INC.,<br><br>*Defendant*. | Case No.: 1:23-cv-01373-DII |

## PLAINTIFF'S UNOPPOSED MOTION TO SUBSTITUTE CORRECTED EXHIBIT

Plaintiff respectfully moves the Court for an order permitting Plaintiff to substitute a corrected Exhibit A to Plaintiff's Reply In Support of Motion to Compel Discovery. Doc. 52-1. In converting Exhibit A from Word to PDF for filing, some formatting was inadvertently left off the exhibit. Specifically, some bolded and italic text are missing. The corrected exhibit, which is attached hereto, includes this formatting but has no other changes. Plaintiff has conferred with counsel for Defendant Expedia, Inc., and Expedia does not oppose this motion, but wishes to make clear that this Exhibit is still subject to Expedia's Amended (Opposed) Motion to Strike Exhibits Attached to Plaintiff's Reply In Support of Motion to Compel. Doc. 56.

Respectfully submitted on this 19th of August, 2024.

/s/ *Nicole J. Moss*

Nicole J. Moss, Esq. NC #31958*
Adam P. Laxalt, Esq. NV #12426*
Brian W. Barnes, Esq. CO #43040*
Samuel D. Adkisson, Esq. VA #93362*
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW

Washington, D.C. 20036
nmoss@cooperkirk.com
alaxalt@cooperkirk.com
bbarnes@cooperkirk.com
sadkisson@cooperkirk.com
202-220-9600

Alexander Liebmann, Esq. FL #1032726
Max Schreiber, Esq. IN#37357-45*
Liebmann & Liebmann, P.A.
714 N. Spring St.
Pensacola, FL 32501
alex@liebmannlaw.net
maxschreiber145@gmail.com
845-270-3843

Nicholas R. Barry, Esq. TN #031963*
Jacob Meckler, Esq. DC #90005210*
America First Legal Foundation
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Nicholas.barry@aflegal.org
Jacob.meckler@aflegal.org
202-964-3721

* *Pro Hac Vice*

**PROOF OF SERVICE**

    I hereby certify that on August 19th, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Western District of Texas using the CM/ECF system and thus served these papers on Defendants' counsel.

                                                    /s/ *Nicole J. Moss*
                                                    Nicole J. Moss
                                                    Counsel of Record