UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL KASCSAK,

    *Plaintiff*,

v.

EXPEDIA, INC.,

    *Defendant*.

Case No.: 1:23-cv-01373-DII

## ORDER GRANTING PLAINTIFF'S MOTION
## TO SUBSTITUTE CORRECTED EXHIBIT

Pending before the Court is Plaintiff's Motion to Substitute Corrected Exhibit that was submitted to the Court on August 19, 2024. The Court is of the opinion that Plaintiff's Motion should be granted, and the document attached to that Motion as Exhibit A should replace Exhibit A to the Reply in Support of Motion to Compel, Doc. 52-1, that was filed on August 7, 2024.

SO ORDERED.

Signed this _____ day of _____ 2024.

_____
DISTRICT JUDGE

1