IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL KASCSAK, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:23-CV-1373-DII |
| MICHAEL DAVIS VELASCO and EXPEDIA, INC., | | |
| Defendants. | | |

**ORDER**

**IT IS ORDERED** that Plaintiff Michael Kascsak's ("Plaintiff") Motion to Compel Discovery, (Dkt. 50); Plaintiff's Motion to File Documents Under Seal, (Dkt. 53); and Defendant Expedia, Inc.'s Amended (Opposed) Motion to Strike Exhibits A and B attached to Plaintiff Michael Kascsak's Reply in Support of Motion to Compel Discovery, (Dkt. 56), are **REFERRED** to United States Magistrate Judge Dustin Howell for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**SIGNED** on August 20, 2024.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE