UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Michael Kascsak**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 1:23-cv-1373-DII |
| | § | |
| **Expedia, Inc.**, | § | |
| | § | |
| Defendant. | § | |

## JOINT ADVISORY REGARDING MOTION TO SEAL

Plaintiff Michael Kascsak ("Plaintiff") and Defendant Expedia, Inc. ("Defendant") jointly seek to inform the Court that they have agreed that Plaintiff's Motion to Seal, (Dkt. 53), and Defendant's Response, (Dkt. 55), are now moot.

As background, Plaintiff filed the Motion to Seal on August 7, 2024 in connection with his Motion to Compel in order to present three documents to the Court that Defendant had designated "Confidential" under the parties' Confidentiality and Protective Order ("Protective Order"), (Dkt. 28). At the same time, Plaintiff notified Defendant that he was challenging the Confidentiality designation of those documents in accordance with the parties' Protective Order.

After conferring by phone and email on August 15 and 16, the parties agreed that (1) Plaintiff would submit the documents in camera to the Court, rather than seek to file them under seal, *see* Protective Order, Dkt. 28, at ¶ 13, and (2) Plaintiff would withdraw his challenge to the confidentiality of these documents (without prejudice to any later challenge in connection with dispositive motion practice), absolving Expedia of any obligation under the Protective Order to move the Court for an order preserving the documents' Confidential designation, *id.* at ¶ 12. Plaintiff submitted the documents to the Court in camera on August 16. The parties therefore ask that the Court enter a notation that the Motion to Seal is moot.

4868-9499-1322

Respectfully submitted,

SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300 Telephone
(512) 495-6399 Facsimile

By: __/s/ *Amy Lee Dashiell*_____
David D. Shank
Texas Bar No. 24075056
dshank@scottdoug.com
Amy Lee Dashiell
Texas Bar No. 90001564
adashiell@scottdoug.com
Lauren Ditty
Texas Bar No. 24116290
lditty@scottdoug.com
Robert P. Earle
Texas Bar No. 241245566
rearle@scottdoug.com

*Counsel for Defendant*

By: __/s/ *Nicole J. Moss*_____
Nicole J. Moss, Esq. NC #31958*
Adam P. Laxalt, Esq. NV #12426*
Brian W. Barnes, Esq. CO #43040*
Samuel D. Adkisson, Esq. VA #93362*
Cooper & Kirk, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
nmoss@cooperkirk.com
alaxalt@cooperkirk.com
bbarnes@cooperkirk.com
sadkisson@cooperkirk.com
202-220-9600

Alexander Liebmann, Esq. FL #1032726
Max Schreiber, Esq. IN#37357-45*
Liebmann & Liebmann, P.A.
714 N. Spring St.
Pensacola, FL 32501
alex@liebmannlaw.net
maxschreiber145@gmail.com
845-270-3843

Nicholas R. Barry, Esq. TN #031963*
Jacob Meckler, Esq. DC #90005210*
America First Legal Foundation
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
Nicholas.barry@aflegal.org
Jacob.meckler@aflegal.org
202-964-3721

*Pro Hac Vice*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on August 22, 2024, I served a copy of the foregoing on the parties listed below by CM/ECF.

Alexander Liebmann, Esq.
Max Schreiber
LIEBMANN & LIEBMANN, P.A.
714 N. Spring St.
Pensacola, FL 32501

Adam P. Laxalt
Brian W. Barnes
Nicole J. Moss
Samuel D. Adkisson
COOPER & KIRK, PLLC
1523 New Hampshire Ave NW
Washing, DC 20036

Jacob Meckler
Nicholas R. Barry
AMERICA FIRST LEGAL.
611 Pennsylvania Ave SE #231
Washing, DC 20003

*Counsel for Plaintiff Michael Kascsak*

/s/ *Amy Lee Dashiell*
Amy Lee Dashiell