FILED
August 27, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____MCK_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DIVISION

| | |
|---|---|
| **Michael Kascsak** § | |
| § | |
| *Plaintiff* § | |
| § | No.  1:23-CV-01373-DII |
| **v.** § | |
| § | |
| **Expedia, Inc.** § | |
| § | |
| *Defendant* | |

# ORDER

Before the Court is Plaintiff's Motion to *Motion to Compel*, Dkt's 50 and 56. The District Court referred the motions for disposition pursuant to Rule CV-72, Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and 28 U.S.C. § 636(b)(1)(A). Having reviewed the motion, the undersigned enters the following Order.

The parties are **ORDERED** to meaningfully confer telephonically or in person regarding the issues in each party's motion and **FILE** a Joint Advisory with the Court **before 10:00 a.m. on Monday, September 30, 2024**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions on each remaining issue. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **5:00 p.m. of the business day prior to the hearing**.

**IT IS FURTHER ORDERED** that the parties are **TO APPEAR** for an in-person hearing before the undersigned on **Thursday, October 03, 2024, at 2:00 pm.**

The parties are advised and hereby placed on notice that the undersigned may award expenses against any party that is uncooperative in discovery. *See* Fed. R. Civ. P. 37(a)(5).

SIGNED August 27, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE