UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL KASCSAK,<br><br>*Plaintiff*,<br><br>v.<br><br>EXPEDIA, INC.,<br><br>*Defendant*. | Case No.: 1:23-cv-01373-DII |

**JOINT ADVISORY REPORT REGARDING
ALTERNATIVE DISPUTE RESOLUTION IN COMPLIANCE WITH L.R. CV-88**

Pursuant to the requirement of the Agreed Scheduling Order (Apr. 9, 2024) (Doc. 27) that a report on alternative dispute resolution ("ADR") in compliance with Local Rule CV-88 be filed on or before September 6, 2024, Plaintiff Michael Kascsak ("Plaintiff") and Defendant Expedia, Inc. ("Defendant") jointly submit the following report to inform the Court that the parties have agreed on the following with respect to required alternative dispute resolution:

1. The parties have agreed to mediation as the method of ADR.

2. A full-day mediation with licensed mediator, Jeff Jury, has been scheduled for October 25, 2024 in Austin, Texas.

3. The parties have agreed on the mediator's fees, and each party will compensate the mediator directly for their half share of the mediator fees for a full-day mediation.

4. ADR proceedings will be completed no later than 60 days before the date of the trial setting, currently scheduled for June 16, 2025.

1

5. Counsel and party representatives with authority to negotiate a settlement, and all other persons necessary to negotiate a settlement, including insurance carrier representative, will attend the mediation session in person.

Dated: September 5, 2024  Respectfully submitted,

/s/ *Nicole J. Moss*

Nicole J. Moss, Esq. NC #31958*
Adam P. Laxalt, Esq. NV #12426*
Brian W. Barnes, Esq. CO #43040*
Samuel D. Adkisson, Esq. VA #93362*
Cooper & Kirk
1523 New Hampshire Ave NW
Washington, D.C. 20036
nmoss@cooperkirk.com
alaxalt@cooperkirk.com
bbarnes@cooperkirk.com
sadkisson@cooperkirk.com
202-220-9600

Alexander Liebmann, Esq. FL #1032726
Max Schreiber, Esq. IN#37357-45*
Liebmann & Liebmann, P.A.
714 N. Spring St.
Pensacola, FL 32501
alex@liebmannlaw.net
maxschreiber145@gmail.com
845-270-3843

Nicholas R. Barry, Esq. TN #031963*
Jacob Meckler, Esq. DC #90005210*
America First Legal Foundation
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
nicholas.barry@aflegal.org
jacob.meckler@aflegal.org
202-964-3721

* *Pro Hac Vice*

*Counsel for Plaintiff*

/s/ *Amy Lee Dashiell*
Amy Lee Dashiell
Texas Bar No. 90001564
adashiell@scottdoug.com
David D. Shank
Texas Bar No. 24075056
dshank@scottdoug.com
Lauren Ditty
Texas Bar No. 2411629
lditty@scottdoug.com
Robert P. Earle
Texas Bar No. 241245566
rearle@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300 Telephone
(512) 495-6399 Facsimile

*Counsel for Defendant*

**PROOF OF SERVICE**

I hereby certify that on September 5, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Western District of Texas using the CM/ECF system and thus served these papers on Defendants' counsel.

                                            /s/ *Nicole J. Moss*
                                            Nicole J. Moss
                                            Counsel of Record