UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Michael Kascsak**, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> **Expedia, Inc.**, § <br> § <br> Defendant. § | No. 1:23-cv-1373-DII |

# NOTICE OF APPEARANCE OF LAUREN DITTY

TO THE HONORABLE DISTRICT COURT JUDGE ROBERT PITMAN:

Defendant Expedia, Inc. files this Notice of Appearance and hereby notifies the Court that the following attorney has entered this action as its counsel:

Lauren Ditty
Texas Bar No. 24116290
lditty@scottdoug.com
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, Texas 78701
(512) 495-6300—Telephone
(512) 495-6399—Facsimile

Ms. Ditty requests that her appearance for Defendant be reflected on the Court's docket and that all future pleadings, Orders, and other papers be served on her.

Dated: September 30, 2024.

4893-0364-1322

        Respectfully submitted,

        SCOTT DOUGLASS & MCCONNICO LLP
        303 Colorado Street, Suite 2400
        Austin, Texas 78701
        (512) 495-6300 Telephone
        (512) 495-6399 Facsimile

        By: */s/ Lauren Ditty*
           David D. Shank
           Texas Bar No. 24075056
           dshank@scottdoug.com
           Amy Lee Dashiell
           Texas Bar No. 90001564
           adashiell@scottdoug.com
           Lauren Ditty
           Texas Bar No. 24116290
           lditty@scottdoug.com
           Robert P. Earle
           Texas Bar No. 241245566
           rearle@scottdoug.com

        *Counsel for Defendant Expedia, Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on September 30, 2024, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

        */s/ Lauren Ditty*
        Lauren Ditty

4893-0364-1322