UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

MICHAEL KASCSAK,

    *Plaintiff*,

v.

EXPEDIA, INC.,

    *Defendant*.

Case No.: 1:23-cv-01373-DII

**ORDER GRANTING PLAINTIFF'S MOTION TO ALTER/EXTEND THE AGREED SCHEDULING ORDER DEADLINES**

Pending before the Court is Plaintiff's Motion to Alter/Extend the Agreed Scheduling Order Deadlines that was submitted to the Court on October 16, 2024. The Court is of the opinion that Plaintiff's Motion should be granted and the discovery deadline should be extended to February 14, 2025, and the dispositive motion deadline extended to March 21, 2025.

SO ORDERED.

Signed this _____ day of _____ 2024.

_____
DISTRICT JUDGE

1