IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL KASCSAK, | § § § | |
| Plaintiff | § § | |
| v. | § § | Case No. 1:23-CV-01373-DII |
| EXPEDIA, INC., | § § | |
| Defendant. | § § | |

**ORDER DENYING PLAINTIFF'S OPPOSED MOTION TO ALTER/EXTEND THE AGREED SCHEDULING ORDER DEADLINES**

BEFORE THE COURT is Plaintiff Michael Kascsak's Opposed Motion to Alter/Extend the Agreed Scheduling Order Deadlines ("Motion").

Having considered the Motion and the responses, the Court finds that Plaintiff has not shown good cause for modification of the dispositive motion deadline or the trial setting as required by Fed. R. Civ. P. 16(b)(4).

The Court further finds that the parties may extend the discovery deadline by agreement and have agreed to extend the deadline to January 17, 2024. The parties may otherwise modify the discovery deadline by mutual agreement.

The Court therefore finds that Plaintiff's Motion should be and is hereby DENIED.

SIGNED this _____ day of _____, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT COURT JUDGE

4895-0234-3921