UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL KASCSAK,<br><br>*Plaintiff*,<br><br>v.<br><br>EXPEDIA, INC.,<br><br>*Defendant*. | Case No.: 1:23-cv-01373-DII |

**JOINT ADVISORY REPORT REGARDING**
**ALTERNATIVE DISPUTE RESOLUTION IN COMPLIANCE WITH L.R. CV-88**

Plaintiff Michael Kascsak ("Plaintiff") and Defendant Expedia, Inc. ("Defendant") jointly submit the following advisory to inform the Court that consistent with the Joint Advisory regarding Alternative Dispute Resolution filed on Sep. 5, 2024 (Doc. 62), the parties engaged in a full-day mediation on October 25, 2024, with licensed mediator, Jeff Jury. The mediation was unsuccessful. A copy of Mr. Jury's mediation report is attached hereto as Exhibit A.

Respectfully submitted on this 29th of October, 2024.

/s/ *Nicole J. Moss*

Nicole J. Moss, Esq. NC #31958*
Adam P. Laxalt, Esq. NV #12426*
Brian W. Barnes, Esq. CO #43040*
Samuel D. Adkisson, Esq. VA #93362*
COOPER & KIRK, PLLC
1523 New Hampshire Ave N.W.
Washington, D.C. 20036
nmoss@cooperkirk.com
alaxalt@cooperkirk.com
bbarnes@cooperkirk.com
sadkisson@cooperkirk.com
202-220-9600

1

Alexander Liebmann, Esq. FL #1032726
Max Schreiber, Esq. IN#37357-45*
Liebmann & Liebmann, P.A.
714 N. Spring St.
Pensacola, FL 32501
alex@liebmannlaw.net
maxschreiber145@gmail.com
845-270-3843

Nicholas R. Barry, Esq. TN #031963*
Jacob Meckler, Esq. DC #90005210*
America First Legal Foundation
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
nicholas.barry@aflegal.org
jacob.meckler@aflegal.org
202-964-3721

*Pro Hac Vice*

*Counsel for Plaintiff*

/S/ *Amy Lee Dashiell*
   David D. Shank
   Texas Bar No. 24075056
   dshank@scottdoug.com
   Amy Lee Dashiell
   Texas Bar No. 90001564
   adashiell@scottdoug.com
   Lauren Ditty
   Texas Bar No. 2411629
   lditty@scottdoug.com
   Robert P. Earle
   Texas Bar No. 241245566
   rearle@scottdoug.com
   SCOTT DOUGLASS & MCCONNICO LLP
   303 Colorado Street, Suite 2400
   Austin, Texas 78701
   (512) 495-6300 Telephone
   (512) 495-6399 Facsimile

   *Counsel for Defendant*

2

## PROOF OF SERVICE

  I hereby certify that on October 29, 2024, I electronically filed the foregoing with the Clerk of the United States District Court for the Western District of Texas using the CM/ECF system and thus served these papers on Defendants' counsel.

                /s/ *Nicole J. Moss*
                Nicole J. Moss
                Counsel of Record