# EXHIBIT A

*Jeff Jury*

*Mediator · Arbitrator*

3901 Silverspring Dr.

Austin, TX 78759

October 28, 2024

United States District Court, Western District of Texas

Austin Division

Re:   Case No. 1:23-cv-1373-DII

   *Michael Kascsak v. Expedia, Inc.*

==========================================================

May it please the Court:

This correspondence confirms that I conducted an in-person mediation of the above-captioned case on October 25, 2024.

The case did not settle at mediation, and I remain at the Parties' service for any follow-up work as part of the mediation process.

Thank you.

*[signature]*

Jeff Jury

*Affiliated with Lakeside Mediation Center, Austin, TX*