UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL KASCSAK,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 1:23-cv-1373-DII |
| | § | |
| **EXPEDIA, INC.,** | § | |
| | § | |
| Defendant. | § | |

### EXPEDIA, INC.'S NOTICE OF WITHDRAWAL OF ITS OPPOSITION TO PLAINTIFF'S MOTION TO ALTER/EXTEND THE AGREED SCHEDULING ORDER DEADLINES (Dkt. 67)

Defendant Expedia, Inc. ("Expedia") provides this Notice to the Court that it withdraws its opposition to the relief sought in Plaintiff's Opposed Motion to Alter/Extend the Agreed Scheduling Order Deadlines ("Motion to Extend") (*see* Motion to Extend, Dkt. 67 and Response, Dkt. 68). The Court may now consider Plaintiff's Motion to Extend as unopposed. Specifically:

• Expedia is not opposed to Plaintiff's request for an extension of the discovery deadline to February 14, 2025; and

• Expedia is not opposed to Plaintiff's request for an extension of the dispositive motion deadline, but the parties now jointly request an extension of the dispositive motion deadline to March 28, 2025 rather than the March 21, 2025 deadline previously requested by Plaintiff.

While the parties are not seeking to extend the June 16, 2025 trial setting in this case, they understand that the Court may need to move the trial setting to accommodate the extended dispositive motion deadline. Should the Court grant the parties' request to extend the dispositive motion deadline and as a result continue the June 16, 2025 trial date, Expedia respectfully informs the Court that Expedia's counsel has trial settings the weeks of July 7, 2025, July 14, 2025, August 25, 2025 and December 3, 2025.

Respectfully Submitted,

SCOTT DOUGLASS & McCONNICO LLP
303 Colorado, Suite 2400
Austin, Texas  78701-2589
512-495-6300
512-495-6399 Fax

By:      */s/  Amy Lee Dashiell*
         David D. Shank
         Texas Bar No. 24075056
         dshank@scottdoug.com
         Amy Lee Dashiell
         Texas Bar No. 90001564
         adashiell@scottdoug.com
         Lauren Ditty
         Texas Bar No. 24116290
         lditty@scottdoug.com


*Counsel for Defendant Expedia, Inc.*

## CERTIFICATE OF SERVICE

I certify that on November 7, 2024, I served a copy of the foregoing on the parties listed below by CM/ECF.

Alexander Liebmann, Esq.
Max Schreiber
Liebmann & Liebmann, P.A.
714 N. Spring St.
Pensacola, FL 32501

Adam P. Laxalt
Brian W. Barnes
Nicole J. Moss
Samuel D. Adkisson
Cooper & Kirk, PLLC
1523 New Hampshire Ave NW
Washing, DC 20036

Jacob Meckler
Nicholas R. Barry
America First Legal.
611 Pennsylvania Ave SE #231
Washing, DC 20003

*Counsel for Plaintiff Michael Kascsak*

*/s/ Amy Lee Dashiell*
Amy Lee Dashiell

## CERTIFICATE OF CONFERENCE

On November 6, 2024, the parties reached an agreement to extend the discovery deadline to February 14, 2025 and dispositive motions deadline to March 28, 2025. The Court may now consider Plaintiff's Motion to Extend (Dkt. 67) as unopposed.

*/s/ Amy Lee Dashiell*
Amy Lee Dashiell
