IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL KASCSAK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1373-DII |
| EXPEDIA, INC., et al., | § § § | |
| Defendants. | § § | |

## ORDER

On November 7, 2024, the Court entered an order granting in part and denying in part Plaintiff's Motion to Extend Scheduling Order, (Dkt. 67), which was opposed initially. (Dkt. 73). The Court extended the deadlines for the close of discovery and filing dispositive motions. (*Id.*). On the same day, Defendant filed a Notice of Withdrawal, indicating Plaintiff's motion is no longer opposed. (Dkt. 71). The parties have agreed on new deadlines for the close of discovery and for filing dispositive motions. (*Id.*).

Accordingly, **IT IS ORDERED** that the parties will **conclude discovery on or before February 14, 2025**, and the parties shall **file any dispositive motions on or before March 28, 2025**.

**IT IS FURTHER ORDERED** that the current June 16, 2025, trial setting is **VACATED**. The Court will reset the trial date by separate order.

**SIGNED** on November 8, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE