UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Michael Kascsak | § § | |
| vs. | § § § | NO:   AU:23-CV-01373-RP |
| Expedia, Inc. | | |

## ORDER RESETTING HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for JURY SELECTION AND TRIAL in Courtroom July 28, 2025 at 9:30 AM.

Jury selection may be conducted by a United States Magistrate Judge the Friday before the case is set for trial. Given that (1) many cases resolve before trial and (2) the Austin Division has only one active district court judge, the Court may set a criminal case and several civil cases for the same trial week. The Court recognizes the inconvenience this may cause counsel and parties if a trial is moved shortly before the trial date, but the Court must balance that inconvenience with its need to effectively deploy limited judicial resources.

SIGNED THIS 8th day of November, 2024 .

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE