UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MICHAEL KASCSAK,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 1:23-cv-1373-DII |
| § | |
| **EXPEDIA, INC.,** § | |
| § | |
| Defendant. § | |

# ORDER GRANTING
# DEFENDANT EXPEDIA, INC.'S OPPOSED
# <u>MOTION TO COMPEL DISCOVERY</u>

BEFORE THE COURT is Defendant Expedia, Inc.'s Opposed Motion to Compel Discovery ("Motion"), Dkt. __).

After considering the parties' filings, the record as a whole, the applicable law, and the arguments at the hearing, the Court GRANTS Defendant's Motion and orders as follows:

1. The Court orders that the Plaintiff produce all previously-redacted texts, in unredacted form, from January 1, 2023 forward, within five (5) business days from the date of this Order.

2. The Court orders that Plaintiff produce documents responsive to Defendants' Request for Production Nos. 23 and 24, including his engagement letters/fee agreements with his attorneys, within five (5) business days from the date of this Order.

SIGNED this _____ day of _____, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT COURT JUDGE

4911-1161-9328