UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL KASCSAK,<br><br>    *Plaintiff*,<br><br>v.<br><br>EXPEDIA, INC.,<br><br>    *Defendant*. | Case No.: 1:23-cv-01373-DII |

**ORDER GRANTING PLAINTIFF'S SECOND MOTION TO COMPEL DISCOVERY**

Pending before the Court is Plaintiff's Second Motion to Compel Discovery that was submitted to the Court on December 6, 2024. The Court is of the opinion that Plaintiff's Motion should be granted and Defendant Expedia, Inc. must immediately produce the documents sought in Plaintiff's Requests for Production 94, 96, and 99.

SO ORDERED.

Signed this _____ day of _____ 2024.

_____
DISTRICT JUDGE

1