**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

MICHAEL KASCSAK,                              §
                                             §
                    Plaintiff                §
                                             §
        v.                                   §        Case No. 1:23-CV-01373-DII
                                             §
EXPEDIA, INC.,                               §
                                             §
                    Defendant.               §
                                             §

**<u>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL</u>**

BEFORE THE COURT is Plaintiff Michael Kascsak's Second Motion to Compel ("Motion") (Dkt. 81).

After considering the parties' filings, the record as a whole, the applicable law, and the arguments at the hearing, the Court DENIES Plaintiff's Motion.

SIGNED this _____ day of _____, 2024.


_____
ROBERT PITMAN
UNITED STATES DISTRICT COURT JUDGE