## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL KASCSAK,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **No.  A-23-CV-01373-DII** |
| | § | |
| **EXPEDIA, INC.,** | § | |
| *Defendant* | § | |

## ORDER

Before the Court are the pending motions to compel, Dkts. 79; 81. The District Judge referred the motions for disposition pursuant to Rule CV-72, Appendix C of the Local Rules of the United States District Court for the Western District of Texas, and 28 U.S.C. § 636(b)(1)(A). Having reviewed the motions, the undersigned enters the following Order.

The parties are **ORDERED** to meaningfully confer telephonically or in person regarding the issues in each party's motion and **FILE** a Joint Advisory with the Court **before 2:00 p.m. on January 17, 2025**. The advisory should discuss the parties' conference, identify any remaining disputed issues that will require resolution by the undersigned, and set forth briefly the parties' respective positions on each remaining issue. Additionally, the parties must serve on opposing counsel any demonstrative exhibits or presentation materials intended to be used during the hearing by **5:00 p.m. of the business day prior to the hearing**. Please also send a copy of any demonstratives to the Court's Courtroom Deputy, Christopher Oglesbee, at

christopher_oglesbee@txwd.uscourts.gov by **5:00 p.m. of the business day prior to the hearing.**

**IT IS FURTHER ORDERED** that the parties are **TO APPEAR** for an in-person hearing before the undersigned on **January 22, 2025, at 10:00 a.m**. The hearing will last no more than 1.5 hours with each side afforded 45 minutes to make its arguments.

The parties are advised and hereby placed on notice that the undersigned may award expenses against any party that is uncooperative in discovery. *See* Fed. R. Civ. P. 37(a)(5).

SIGNED December 16, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE