UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **MICHAEL KASCSAK,** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | No. 1:23-cv-1373-DII |
| § | |
| **EXPEDIA, INC.,** § | |
| § | |
| Defendant. § | |

## DEFENDANT EXPEDIA, INC.'S NOTICE OF DEPOSITION TO MICHAEL KASCSAK

DEFENDANT Expedia, Inc. ("Expedia"), in accordance with the Federal Rules of Civil Procedure 30, hereby gives notice to all parties and otherwise interested persons that Expedia will take the deposition upon oral examination of Michael Kascsak. By agreement of counsel for Plaintiff and Defendants, the deposition will begin at 9:00 AM (Central Time) on Tuesday, February 18, 2025, at the offices of Scott Douglass McConnico LLP, 303 Colorado Street, Suite 2400, Austin, Texas, 78701, before an officer duly authorized to administer oaths. Such deposition will be recorded by stenographic means, may be videotaped, and will be taken for purposes of discovery, preservation of evidence for use at a hearing or trial, and all other uses and purposes authorized by law. By the agreement of counsel, the deposition will be taken in person, with the witness and counsel for Plaintiff appearing at the location stated above, although the court reporter or videographer may appear remotely via Zoom for the convenience of counsel, provided arrangements for remote connection are made in advance.

4919-9694-2093

Respectfully submitted,

SCOTT DOUGLASS & McCONNICO LLP
303 Colorado, Suite 2400
Austin, Texas  78701-2589
512-495-6300
512-495-6399 Fax

By:     /s/ Amy Lee Dashiell
David D. Shank
Texas Bar No. 24075056
dshank@scottdoug.com
Amy Lee Dashiell
Texas Bar No. 90001564
adashiell@scottdoug.com

*Counsel for Defendant Expedia, Inc.*

# CERTIFICATE OF SERVICE

I certify that on January 21, 2025, I served a copy of the foregoing on the parties listed below by CM/ECF.

Alexander Liebmann, Esq.
Max Schreiber
Liebmann & Liebmann, P.A.
714 N. Spring St.
Pensacola, FL 32501

Adam P. Laxalt
Brian W. Barnes
Nicole J. Moss
Samuel D. Adkisson
Cooper & Kirk, PLLC
1523 New Hampshire Ave NW
Washington, DC 20036

Jacob Meckler
Nicholas R. Barry
America First Legal.
611 Pennsylvania Ave SE #231
Washington, DC 20003

*Counsel for Plaintiff Michael Kascsak*

/s/ Amy Lee Dashiell
Amy Lee Dashiell

2

4919-9694-2093