# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| MICHAEL KASCSAK,<br><br>*Plaintiff*,<br><br>v.<br><br>EXPEDIA, INC.,<br><br>*Defendant*. | Case No.: 1:23-cv-01373-DII |

## PLAINTIFF'S MOTION FOR ATTORNEY WITHDRAWAL

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Samuel D. Adkisson, counsel to Plaintiff Michael Kascsak, and pursuant to Rule AT-3 of the Local Rules for the United States District Court for the Western District of Texas, moves this Court to grant his withdrawal of his appearance in this case. Mr. Adkisson is withdrawing because he is departing from Cooper & Kirk, PLLC. Mr. Kascsak maintains competent counsel and has chosen to remain represented by his other retained attorneys, Nicole J. Moss, Adam P. Laxalt, Brian W. Barnes, and DeLisa L. Ragsdale of Cooper & Kirk, PLLC; Alex Liebmann and Max Schreiber of Liebmann & Liebmann, P.A.; and Nicholas R. Barry and Jacob Meckler of America First Legal Foundation. The Court has their office addresses already on file; Mr. Liebmann is barred in this Court, and Ms. Moss, Mr. Laxalt, Mr. Barnes, Ms. Ragsdale, Mr. Schreiber, Mr. Barry, and Mr. Meckler remain admitted *pro hac vice*.

Respectfully submitted on this 24th of January, 2025,

*/s/ Nicole J. Moss*
Nicole J. Moss, Esq.*
Adam P. Laxalt, Esq.*

1

Brian W. Barnes, Esq.*
DeLisa L. Ragsdale, Esq.*
Samuel D. Adkisson, Esq.*
COOPER & KIRK, PLLC
1523 New Hampshire Ave NW
Washington, D.C. 20036
NC #31958
nmoss@cooperkirk.com
alaxalt@cooperkirk.com
bbarnes@cooperkirk.com
dragsdale@cooperkirk.com
sadkisson@cooperkirk.com
202-220-9600

Alexander J. Liebmann, Esq.
Max Schreiber, Esq.*
LIEBMANN & LIEBMANN, P.A.
714 N. Spring St.
Pensacola, FL 32501
FL #1032726
alex@liebmannlaw.net
maxschreiber145@gmail.com
845-270-3843

Nicholas R. Barry, Esq.*
Jacob Meckler, Esq.*
AMERICA FIRST LEGAL FOUNDATION
611 Pennsylvania Ave SE #231
Washington, D.C. 20003
TN #031963
Nicholas.barry@aflegal.org
Jacob.meckler@aflegal.org
202-964-3721

*Attorneys for Plaintiff*

\* Admitted *Pro Hac Vice*


Acknowledged by,


*/s/ Michael Kascsak*
Michael Kascsak
*Plaintiff*

2

## CERTIFICATE OF CONFERENCE

In accordance with Rule CV-7(g) of the Local Rules for the United States District Court for the Western District of Texas, Plaintiff's counsel has conferred with counsel for Defendant, and Defendant does not oppose this motion.

*/s/ Nicole J. Moss*
Nicole J. Moss
*Counsel of Record*

**PROOF OF SERVICE**

    I hereby certify that on January 24, 2025, I electronically filed the foregoing with the Clerk of the United States District Court for the Western District of Texas using the CM/ECF system and also served these papers on Defendants' counsel by electronic mail.

<u>/s/ Nicole J. Moss</u>
Nicole J. Moss
*Counsel of Record*
