UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL KASCSAK,<br><br>*Plaintiff*,<br><br>v.<br><br>EXPEDIA, INC.,<br><br>*Defendant*. | Case No.: 1:23-cv-01373-DII |

**PROPOSED ORDER FOR ATTORNEY WITHDRAWAL**

BE IT REMEMBERED on this 24th day of January, 2025, there was presented to the Court the Motion for Withdrawal under Local Rule AT-3; filed by Samuel D. Adkisson, counsel for Plaintiff Michael Kascsak and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Withdrawal is GRANTED, and that Mr. Adkisson is removed as counsel for Mr. Kascsak in the above case.

SIGNED this the _____ day of _____ 20____.

_____
UNITED STATES DISTRICT JUDGE

1