IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL KASCSAK, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:23-CV-1373-DII |
| EXPEDIA, INC., | § § § | |
| Defendant. | § § | |

### ORDER

Before the Court is Plaintiff's motion to withdraw Samuel D. Adkisson as counsel. (Dkt. 91). Mr. Adkisson seeks to withdraw as counsel because of a change in employment. (*Id.* at 1). Plaintiff will continue to be represented by counsel. (*Id.*). Both parties consent to Mr. Adkisson's withdrawal. (*Id.* at 3). Accordingly, **IT IS ORDERED** that Plaintiff's motion, (Dkt. 91), is **GRANTED**.

**SIGNED** on January 27, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE